Mark C. Holscher (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Christopher W. Keegan (SBN 232045)
Anna Terteryan (SBN 300368)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: anna.terteryan@kirkland.com

Gabor Balassa (admitted *pro hac vice*)
Ryan Moorman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | CASE NO. 3:23-CV-03943-JD<br><br>**DECLARATION OF ANNA TERTERYAN IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS COMPLAINT AND UNOPPOSED ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato<br>Hearing Date: January 11, 2024<br>Time: 10:00 am<br>Courtroom: 11 |

I, Anna Terteryan, hereby declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendant Eli Lilly and Company ("Lilly") in the above-caption action. I am a member in good standing of the Bar of the State of California.

2. I provide this declaration in support of Lilly's Motion to Dismiss Complaint and Lilly's Unopposed Administrative Motion to Seal Portions of License Agreement pursuant to Local Rule 7-11(a), filed contemporaneously herewith.

3. The statements in this declaration are based upon my personal knowledge. If called upon to testify as a witness, I could and would testify competently to them.

4. A true and correct redacted copy of the license agreement between Plaintiff Nektar Therapeutics ("Nektar") and Lilly (the "Agreement") is attached hereto as Exhibit 1. Lilly is concurrently filing an administrative motion to seal with respect to the redactions in Exhibit 1, which cover the same content redacted from the version of the Agreement that Nektar previously filed with the U.S. Securities and Exchange Commission as Exhibit 10.1 to Nektar's SEC Form 10-Q on November 8, 2017.

5. On September 26, 2023, counsel for Lilly informed counsel for Nektar that Lilly intends to file a motion to seal, and counsel for both parties agreed to meet and confer on the matter on September 28, 2023.

6. On September 28, 2023, counsel for Lilly met and conferred with counsel for Nektar with respect to Lilly's proposed sealing request. Counsel for Nektar confirmed that they have no objection to sealing those portions of the Agreement that the parties previously agreed to redact in Exhibit 10.1 to Nektar's SEC Form 10-Q on November 8, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on this day, September 29, 2023.

Anna Terteryan