Mark C. Holscher (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Christopher W. Keegan (SBN 232045)
Anna Terteryan (SBN 300368)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: anna.terteryan@kirkland.com

Gabor Balassa (admitted *pro hac vice*)
Ryan Moorman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | CASE NO. 3:23-CV-03943-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. James Donato<br>Hearing Date: January 11, 2024<br>Time: 10:00 am<br>Courtroom: 11 |

Before the Court is Defendant Eli Lilly and Company's ("Lilly") Motion to Dismiss Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). The Motion came on regularly for hearing on January 11, 2024. The Court, having considered the parties' submissions and oral argument in connection with the Motion, hereby ORDERS as follows:

Lilly's Motion is **GRANTED**. All claims asserted against Lilly are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: ______________, 2024

________________________________________
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE