UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY & CO,<br><br>　　　　Defendant. | Case No. 23-cv-03943-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | May 3, 2024 |
| Fact discovery cut-off | January 24, 2025 |
| Expert disclosures | February 14, 2025 |
| Rebuttal expert disclosures | March 14, 2025 |
| Expert discovery cut-off | April 4, 2025 |
| Last day to file dispositive and Rule 702 motions | May 8, 2025 |
| Pretrial conference | Thursday, October 9, 2025, at 1:30 PM |
| Jury trial | Monday, October 27, 2025, at 9:00 AM |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling

conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  March 22, 2024

_____
JAMES DONATO
United States District Judge