1
2
3
4

Mark C. Holscher (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

5
6
7
8
9

Christopher W. Keegan (SBN 232045)
Anna Terteryan (SBN 300368)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: anna.terteryan@kirkland.com

10
11
12
13
14

Gabor Balassa (admitted *pro hac vice*)
Ryan Moorman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

15
16

*Counsel for Defendant and Counter-Claimant*
*Eli Lilly and Company*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Kyle Batter (Bar No. 301803)
kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

David M. Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Sarah Cork (Bar No. 330569)
sarahcork@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brendan Carroll (admitted *pro hac vice*)
brendancarroll@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7000

*Counsel for Plaintiff and Counter-Defendant*
*Nektar Therapeutics*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>                    Plaintiff/Counter-Defendant,<br><br>        v.<br><br>ELI LILLY & CO.,<br><br>                    Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE AMENDED PLEADINGS, ENLARGING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:          Hon. James Donato<br>Hearing Date:   June 20, 2024<br>Time:           10:00 a.m.<br>Courtroom:      11 |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Nektar Therapeutics ("Plaintiff") and Defendant Eli Lilly and Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 29, 2024, Defendant filed and served its Counterclaims, Answer, and Affirmative Defenses (ECF No. 54) ("Counterclaims & Answer") to Plaintiff's original complaint in this matter (ECF No. 1) ("Original Complaint");

WHEREAS, on April 26, 2024, Plaintiff filed and served its Motion to Dismiss Defendant's Counterclaims ("Motion") (ECF No. 58), and noticed it for a hearing on June 20, 2024 at 10:00 am P.T.;

WHEREAS, on May 3, 2024, Plaintiff filed and served its First Amended Complaint (ECF No. 61) ("Amended Complaint");

WHEREAS Plaintiff's Amended Complaint added allegations regarding Lilly's alleged failure to return materials under the License Agreement, but is otherwise substantially similar to Plaintiff's Original Complaint;

WHEREAS, the parties wish to avoid submitting duplicative or unnecessary pleadings and filings, in the interest of judicial efficiency;

WHEREAS the parties have previously stipulated and/or sought leave to modify case deadlines four times in this case, *see* (ECF Nos. 19, 42, 51, 56);

WHEREAS the parties now agree to extend Defendant's time to respond to Plaintiff's Motion and Plaintiff's time to reply, which extensions will not impact any other deadline related to the Motion or this case;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendant's previous Counterclaims & Answer shall remain the operative pleading in response to Plaintiff's claims in this case and applies to the Amended Complaint, and Defendant denies all new allegations in the Amended Complaint, except to the extent they purport to characterize the July 2017 co-development and license agreement between Plaintiff and Defendant (the "Agreement"), which speaks for itself, in which case Defendant denies any allegations inconsistent with the Agreement;

2.  The time for Defendant to file and serve its opposition to Plaintiff's Motion is hereby extended from May 10, 2024 to May 24, 2024.

3.  Plaintiff shall file and serve its reply to Defendant's opposition by June 7, 2024.

DATED:  May 10, 2024                    Respectfully submitted,

                                        KIRKLAND & ELLIS LLP


                                        *s/ Ryan Moorman*
                                        Ryan Moorman

                                        *Counsel for Defendant and Counter-Claimant*
                                        *Eli Lilly and Company*

DATED:  May 10, 2024                    Respectfully submitted,

                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                        *s/ Yury Kapgan*
                                        Yury Kapgan

                                        *Counsel for Plaintiff and Counter-Defendant*
                                        *Nektar Therapeutics*


## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)

I, Ryan Moorman, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                        *Ryan Moorman*
                                        Ryan Moorman


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated__May 14_____, 2024

                                        _____
                                        HONORABLE JAMES DONATO
                                        UNITED STATES DISTRICT COURT JUDGE