# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 25, 2024　　　　　　　　　　　　　　　　　Judge:  Hon. James Donato

Time: 19 Minutes

Case No.　　　　3:23-cv-03943-JD
Case Name　　　Nektar Therapeutics v. Eli Lilly & Co

Attorney(s) for Plaintiff(s):　　　Kyle Batter / Diane Doolittle
Attorney(s) for Defendant(s):　　Brian Mororman

Deputy Clerk:  Lisa R. Clark
Court Reporter: Ana Dub

## PROCEEDINGS

Status conference -- Held.

## NOTES AND ORDERS

For Dkt. Nos. 105, 120, 121, the discovery letters are terminated as discussed on the record.  The Court will not accept any further filings relating to a deposition of defendant Eli Lilly's CEO David Ricks until plaintiff Nektar has deposed other witnesses and the circumstances demonstrate that Ricks has unique knowledge.

The Court was advised that Nektar recently received a document production of which it has not yet completed review.  Nektar is directed to file a statement by January 6, 2025, identifying which, if any, of the documents it seeks, referenced in Dkt. No. 113, it received in that production.  The Court takes under submission the remaining discovery letters.  Dkt. Nos. 113, 125.