1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   NEKTAR THERAPEUTICS,           )
                                    )
 6       Plaintiff/Counter-Defendant, )
                                    ) CASE NO.
 7       v.                         ) 3:23-CV-03943-JD
                                    )
 8   ELI LILLY & CO.,               )
                                    )PAGES 1 - 233
 9       Defendant/Counter-Claimant. )
                                    )
10   _____ )

11

12

13

14

15              DEPOSITION OF YI LIU

16         CONFIDENTIAL -- ATTORNEYS' EYES ONLY

17              Friday, May 2, 2025

18    APPEARING REMOTELY FROM HUNTINGTON BEACH, CALIFORNIA

19

20

21

22

23
     STENOGRAPHICALLY REPORTED BY:
24   LINDSAY A. STOKER, RDR, RMR, CRR, CRC
     CA CSR No. 14373
25   Job No.
```

Attorneys Eyes Only          Yi Liu - May 02, 2025

44

1    other members on the -- or other colleagues;

2    correct?

3        A.   Yes.

4        Q.   And you recall using Microsoft Teams to

5    chat with other colleagues about the development of

6    REZPEG; correct?

7        MR. BATTER:  Objection.

8        THE WITNESS:  I generally don't use the

9    Microsoft Team chat to talk about any substantive

10   work related to the development of REZPEG.  Usually

11   it is all about simple messages, reminders, things

12   like that, for chat.

13   BY MR. HOLT:

14       Q.   What is your definition of a simple message

15   in the way that you just used it for me?

16       A.   Can you show me where this document is

17   located, or have you seen my email, can you reply to

18   somebody's email, have you sent out the meeting

19   invite for this meeting, or whatever meeting; things

20   like that.

21       Q.   You told me that you generally don't use

22   the Teams chat for substantive work, but sometimes

23   maybe -- let me strike that and start over.

24       You said you generally don't use Microsoft Team

25   chat to talk about any substantive work related to

45

1    the development of REZPEG, but sometimes you,

2    nonetheless, have used Microsoft Teams chat to

3    discuss substantive work about the development of

4    REZPEG.  It is just not your default choice; fair?

5         MR. BATTER:  Objection.

6         THE WITNESS:  No.  So I don't -- generally just

7    don't use it for any substantive work in chat.

8    BY MR. HOLT:

9         Q.   Why not?

10        A.   Because that's not where you document

11   decisions.  We need -- we need formal documentation

12   on all the things that we are doing, making the

13   statistical analysis plan, the specifications, the

14   table listing shells.  Those are all documents where

15   we document all the decisions.

16        Q.   As part of creating any of that formal

17   documentation, you sometimes discussed its creation

18   via Teams chat and then it will ultimately make its

19   way into a formal document.

20        Is that fair?

21        MR. BATTER:  Objection.

22        THE WITNESS:  I don't recall that.  Usually the

23   discussions are not the meeting chat, as I

24   mentioned.  Chat is just for -- typically it's just

25   for short messages or intermediate steps,

Attorneys Eyes Only        Yi Liu - May 02, 2025

46

1    discussions.

2    BY MR. HOLT:

3        Q.   Is it your testimony that nothing that you

4    discussed in Microsoft Teams chat related to REZPEG

5    is substantive?

6        MR. BATTER:  Objection.

7        THE WITNESS:  To my best recollection, nothing I

8    discussed in Microsoft Teams chat is substantive to

9    my work about REZPEG development.

10   BY MR. HOLT:

11       Q.   What's your definition of substantive in

12   that context?

13       A.   That are unimportant, like anything that

14   could be discussed in -- you know, that are

15   mentioned in chat are not important.  Anything

16   important are all properly documented in emails or

17   documentations.

18       Q.   It is your testimony today that nothing

19   that you discussed in Microsoft Teams chat about

20   REZPEG is important; correct?

21       MR. BATTER:  Objection.

22       THE WITNESS:  To my best recollection, I don't

23   believe I have any important discussions using chat.

24   BY MR. HOLT:

25       Q.   Other members of REZPEG can send you Teams

64

1          THE WITNESS:  I don't recall specific chats.  As

2     I said, it is about things that are not important.

3     BY MR. HOLT:

4          Q.   Dr. Liu, have you ever received any

5     guidance from somebody at Nektar as to how you

6     should or should not use the Microsoft Teams chats?

7          A.   I believe when I first -- when the company

8     first introduced the software, we got trainings, and

9     I vaguely recall the mentioning of chats

10    automatically deleted after one or two days.

11         So we generally don't use chat for any important

12    discussions.  It is all quick messages.  All the

13    important work are documented in the emails or

14    follow-up documents or team channel share documents,

15    things like that.

16         Q.   Do you recall that it was sometime in 2021

17    that Nektar transitioned from Skype to Teams as its

18    chat function?

19         A.   That sounds about right.  I know it's a

20    couple years ago.

21         Q.   Do you recall if the Skype chats

22    automatically deleted after one or two days?

23         A.   Probably.

24         Q.   Do you recall for sure, or do you not

25    remember?

Attorneys Eyes Only         Yi Liu - May 02, 2025

67

1       Q.   Why not?

2       A.   Probably a couple weeks ago, a month or two

3   ago.

4       Q.   Since the retention policy for Teams chat

5   has changed to stop the Teams chats from being

6   automatically deleted, has that at all impacted the

7   way that you use Teams chat?

8       A.   No.

9       Q.   Why not?

10       A.   Why change?  Our practice keeps the same.

11   We don't change just because of the changing --

12   chats function changes.  We just do business as

13   usual.

14       Q.   And what is business as usual, as you're

15   describing it?

16       A.   Meaning, important discussions are not

17   occurring in chat.  Important discussions,

18   substantive work are documented in documents or

19   emails.

20       Q.   Are you currently a member of any teams on

21   Microsoft Teams?

22       A.   Probably.

23       Q.   What specific teams are you a member of in

24   Microsoft Teams, specific to work on REZPEG?

25       A.   I think I'm part of the strategy team, the

70

1      Q.    Within the Microsoft teams application, you

2    can see all of the teams of which you are a member;

3    correct?

4      A.    Yes.

5      Q.    Can you go ahead and open up your Microsoft

6    Teams function and read out to me the names of the

7    different teams of which you are currently a member?

8      A.    Okay.  So I am going to go to Teams right

9    now and read you the names that I see on my meeting?

10     Q.    That's correct.  I want the list of teams

11   and channels that you're a member of within

12   Microsoft Teams, and then after you tell me that

13   list, I will confirm with you which ones of those

14   are related to REZPEG.

15     A.    Okay.  So the first is called Nektar,

16   NKTR-214 program -- I can't see the full name,

17   actually -- program_INT.  That's the first one.

18     The second is ClinDevOps_NKTR-358 Program,

19   Internal_GBL_Team; the third one is Microsoft

20   Teams-training sandbox; the fourth one is NKTR-255

21   Program_EXT; the next one is NKTR_EC_committee;

22   DSS_ORG_GBL_Team_INT; SCIOPS -- so SCIOPS_REZPEG

23   data analytics_SFMB_team; External 850-information

24   technology_GBL_JDE_TRAIN_SGA_GXP; and

25   XSOX_INT_PCS team; CMO_DEVSLT_SFMB_team_INT.  Okay.

71

1    SCIOPS -- SCIOPS_R&D leadership team_GBL_team;

2    TRANSMED_NKTR-255_FredHutch_IST_study_team_EXT.

3        Q.   Let me pause you right there, doctor.  I

4    have about 14 or so so far.

5        Can you tell me, before you read them all out,

6    what the total number of Microsoft Teams you have of

7    which you are a member?

8        A.   Let me count.

9        Q.   Sure.

10        A.   I think I have six more.

11        Q.   Six more.  Of the six remaining, how many

12    of those are related to REZPEG specifically?

13        A.   That one is not.  How many are related to

14    REZPEG?

15        Q.   Correct.

16        A.   I mean, some of it are -- like regulatory

17    has a team, but I am not sure if it is related to

18    REZPEG or the other program.  It could be anything.

19        Q.   So is it fair to say, and please tell me if

20    my math was wrong, that currently you are a member

21    of 20 different teams within Microsoft teams for

22    your work at Nektar?

23        A.   Let me count.  It is only 17.  17 in total.

24        Q.   17 total.  Thank you.  Of those 17

25    Microsoft teams team that you're a member of, how

Attorneys Eyes Only        Yi Liu - May 02, 2025

72

```
1    many of them do you use currently for work on

2    REZPEG?

3        A.   Only a few of them.

4        Q.   Can you give me the specific number and

5    then the names of those specific Teams channels?

6        A.   When you say do I use, I don't actually use

7    it very often, or maybe never have used it.  It is

8    just there.

9        Q.   I will re-state my question, then.

10        Of those 17 total Microsoft Teams teams, how

11    many of them are you aware of are used by anybody at

12    Nektar for REZPEG?

13        A.   Definitely less than ten.  Maybe eight or

14    nine.  It is hard to tell exactly, because I don't

15    really use it.  I probably use only two or three at

16    most.  So it is --

17            (Reporter Clarification.)

18        A.   I have only used two or three of the

19    channels, or the teams.  It is hard for me to tell

20    which one there for sure are for REZPEG development.

21        Q.   Being conservative, then, with the numbers

22    you told me, fair to say that at least eight of

23    those 17 Microsoft Teams teams are used by

24    colleagues at Nektar for REZPEG to the best of your

25    knowledge?
```

Attorneys Eyes Only          Yi Liu - May 02, 2025

73

1        MR. BATTER:  Objection.

2        THE WITNESS:  I don't know about at least eight.

3    I don't know for sure because I don't read all those

4    channels and I don't use it, actually.

5    BY MR. HOLT:

6        Q.   How many are you for sure are used for

7    REZPEG?

8        A.   Two.

9        Q.   And what are those two?

10       A.   There is a strategy team channel.  Let's

11   see.  There is a SCIOPS REZPEG data analytics

12   channel.

13       Q.   I apologize to do this to our court

14   reporter, but just so I have a clear record, can you

15   give me the name, the actual name of the team,

16   that's the SCIOPS REZPEG data analytics channel?

17       A.   Are you asking me?

18       Q.   Yes.

19       A.   You want me to read the exact name?

20       Q.   Yes.  You gave us the full list before, but

21   I want to be sure when you referred to the SCIOPS

22   data analytics channel I know specifically the title

23   of the Microsoft Teams that you are referring to.

24       A.   It is SCIOPS_REZPEG data

25   analytics_SFMB_team.

74

1             (Reporter Clarification.)

2    BY MR. HOLT:

3        Q.   Can you tell me the name of the strategy

4    team channel?

5        A.    It is ClinDevOps_REZPEG, space, strategy,

6    space, team_SFMB_team.

7        Q.   Thank you, Doctor.  Of the 17 Teams

8    channels for -- let me strike that.

9        Are you reading off Teams channels or just the

10   names of teams?  I believe it's just the names of

11   teams and I want to be sure I'm getting the

12   vernacular correct.

13       A.    It is the teams.

14       Q.   Thank you.  Of those 17 teams of which you

15   are currently a member, how many of them referenced

16   REZPEG in the title?

17       A.    Four.

18       Q.   Of these 17 Microsoft teams of which you

19   are currently a member, how many of them reference

20   Nektar-358 in the title?

21       A.    Sorry.  I was counting 358 in the count

22   before that I provided to you.

23       Q.   Understood.  Thank you.

24       Aside from the 17 teams of which you are

25   currently a member, do you recall being a member of

75

1    any Microsoft team specific for work on REZPEG which

2    is no longer functional?

3        A.    I think so.

4        Q.    And which of those no longer functioning

5    Microsoft Teams specific for work on REZPEG do you

6    recall being a part of?

7        A.    I don't think so.  I don't think any --

8    wait.  Sorry.  Let me clarify if I understand your

9    question correctly.

10        I believe all the teams that I have ever been a

11    member are on that page that I was just reading

12    through the list.  I don't recall any team being

13    removed that I was ever a member of before.

14        Q.    Okay.  Understood.  Thank you, Doctor.  I

15    had misunderstood your first answer, but I follow

16    you now.

17        A.    Okay.  Sorry.

18        Q.    Can you please click into the SCIOPS_REZPEG

19    data analytics team and tell me if you see a current

20    group chat?

21        A.    I see posts, files, notes.

22        Q.    Do you see any Teams chats as part of the

23    SCIOPS_REZPEG data analytics team team?

24        A.    I don't see any chat, as I said.  I only

25    see posts, files, notes, as a function for this

Attorneys Eyes Only          Yi Liu - May 02, 2025

76

1    team.

2         Q.    And what is a post?

3         A.    I don't know.  It says post, but I am

4    assuming it is similar to chats.

5         Q.    Can you click on post for me?

6         A.    Yeah.  I click on post, and then you could

7    start a post if you want to, and then -- yeah.

8    There's no post right now.

9         Q.    Have you ever made a post on Teams?

10        A.    No.

11        Q.    Are you familiar with anybody --

12        A.    I don't recall.

13        Q.    -- in the SCIOPS_REZPEG data analytics team

14   ever making a post?

15        A.    I don't recall.

16        Q.    You told me earlier how sometimes, during

17   Microsoft Teams meetings, individuals will use the

18   chat function to post screenshots to facilitate the

19   conversation.

20        Do you recall that happening as part of meetings

21   of the SCIOPS_REZPEG data analytics team?

22        A.    For the team separate from the meeting; so

23   if you have a meeting, if you have a Microsoft Team

24   meeting, during that meeting there's a chat function

25   where you can use.  I think it is separate from this

Attorneys Eyes Only        Yi Liu - May 02, 2025

77

1    team and the post and the files and notes.  To me,

2    it is totally separate.

3        Q.    So does the SCIOPS_REZPEG data analytics

4    team actually meet or is that --

5        A.    No.

6        Q.    -- a repository of documents?

7        A.    It is a repository.

8        Q.    Can you click on the ClinDevOps_REZPEG team

9    team?

10       A.    Yes.

11       Q.    Do you see any chats within this specific

12   team?

13       A.    I see there is a post.  I don't see chat.

14       Q.    Is there one post or multiple posts?

15       A.    Two posts.

16       Q.    Let's take one at a time.  I assume they

17   are dated; correct?

18       A.    Correct.

19       Q.    What is the date of the most recent post in

20   the ClinDevOps team?

21       A.    March 3rd, 2025.

22       Q.    Who made the post?

23       A.    Michelle Ryder.

24       Q.    Can you spell that last name?

25       A.    R-y-d-e-r.

Attorneys Eyes Only        Yi Liu - May 02, 2025

78

1      Q.    Is it a long post or a short post?  I want

2   to know before I ask you to read it.

3      A.    Short, two sentences.

4      Q.    Can you tell me what Michelle Ryder's post

5   was in the ClinDevOps chat on March 3rd of 2025?

6      A.    [As read]:  Hi, all, I moved the drafts of

7   the REZPEG EOP2 request and the briefing package to

8   the archive folder.  Please do not make updates to

9   these documents.  I am going to update both

10   documents and upload for further authoring.  I'll

11   let you know when they're ready for you again.

12   Thanks, Michelle.

13      Q.    Can you tell me the date of the second post

14   within the ClinDevOps team?

15      A.    October 27, 2023.

16      Q.    Who made that post?

17      A.    Katie Kaygill-Knapp.

18      Q.    Can you spell that last name?

19      A.    K-a-y-g-i-l-l, dash, K-n-a-p-p.

20      Q.    Is Katie's post a long one or similarly

21   brief?

22      A.    Similar.  Similar.

23      Q.    Can you read that post for me, please?

24      A.    [As read]:  Hi, REZPEG strategy team, a

25   number of you have shared some articles via email,

Attorneys Eyes Only        Yi Liu - May 02, 2025

79

1    so I created a folder in our teams where I have

2    saved the various publications.  Feel free to put

3    additional publications there (just drag and drop)

4    and you can tag folks who may be interested or post

5    here.  And there's a link to the publications.

6    Best, Katie.

7        Q.    Thank you, Doctor.

8        Within your Microsoft Teams application, you can

9    see that there's a section specifically for Teams

10   chats; correct?

11       A.    Yes.

12       Q.    Can you click on that, please?

13       A.    Okay.

14       Q.    Can you just tell me the number of active

15   teams chats that you currently have?

16       A.    Two, three, four, five, six, seven, eight,

17   nine, ten, eleven -- I am sorry.  I lost track.

18       One, two, three, four, five, six, seven, eight,

19   nine, ten, eleven, twelve, thirteen, fourteen,

20   fifteen, sixteen, seventeen, eighteen, nineteen,

21   twenty, twenty-one, twenty-two, twenty-three,

22   twenty-four, twenty-five, twenty-six.

23       Q.    To be clear, you currently have 26 active

24   chats in Microsoft Teams; is that correct?

25       A.    What do you mean by "active"?

Attorneys Eyes Only          Yi Liu - May 02, 2025

80

1      Q.    I mean, when you open up your Teams
2    application, you can see that there's a chat history
3    for these entries.  You see 26 different chat
4    histories?
5      A.    That's right.
6      Q.    Can you tell if each of these 26 chats are
7    with individuals, or is it a mix of with individuals
8    and groups?
9      A.    Mix.
10     Q.    Can you tell me how many of the 26 chats
11   are with individuals, and then we can do some math
12   and figure out how many of them are with groups?
13     A.    Sure.  One, two, three, four, five, six,
14   seven, eight, nine, ten, eleven.  Eleven.
15     Q.    Eleven --
16           (Reporter Clarification.)
17   BY MR. HOLT:
18     Q.    Dr. Liu, 11 of the 26 chats that you have
19   in your Teams chat history were with individuals;
20   correct?
21     A.    Correct.
22     Q.    That means that 15 of the 26 chats in your
23   Teams chat history are with groups; correct?
24     I am sorry, Doctor.  I did not hear your answer.
25     A.    Correct.

Attorneys Eyes Only          Yi Liu - May 02, 2025

81

```
1        Q.    Thank you.  Can you tell me the names of
2    the just individuals with whom you currently have
3    Teams chats?
4        A.    Sure.
5        Q.    If you could say both their first and last
6    name, I would appreciate that.
7        A.    Okay.  Shirley Wang.  Oh, sorry, I actually
8    misspelled her last name before, it should be W-a-n
9    without the g.  Last time I told you W-a-n-g.  It
10   should be W-a-n.
11       Q.    Understood.  Thank you for that
12   clarification.
13       A.    And then Connie Louie-Tse.  That is spelled
14   as L-o-u-i-e, dash, T-s-e.  That's her last name.
15       And I misspelled her last name, too, sorry,
16   before.
17       Jason Barnard, B-a-r-n-a-r-d; and Danni Yu; and
18   Qing Zheng, Q-i-n-g, Z-h-e-n-g; Karyn Cassello,
19   K-a-r-y-n, C-a-s-s-e-l-l-o; and Sohal Chaudhry,
20   S-o-h-a-l, C-h-a-u-d-h-r-y; and Charleen Jue,
21   C-h-a-r-l-e-e-n, J-u-e.  Oh, and there's -- sorry.
22   I skipped a few.  There's Meng Zhang, M-e-n-g,
23   Z-h-a-n-g; Jonathan Zalevsky, J-o-n-a-t-h-a-n,
24   Z-a-l-e-v-s-k-y.
25       That's all.
```

Attorneys Eyes Only          Yi Liu - May 02, 2025

82

1      Q.    Thank you, Doctor.  I appreciate you

2  walking through that.

3      Can you click on your chat with Danni Yu, who is

4  one of your direct subordinates; correct?

5      A.    Yes.  Okay.

6      Q.    Can you scroll as far up as you can and

7  tell me what the latest-in-time message is in the

8  Teams chat conversation between yourself and Danni

9  Yu?

10     A.    You mean the latest or earliest?

11     Q.    The earliest.  Thank you for the

12  clarification.  I want to see how far back in time

13  the chat goes.

14     A.    Okay.  Still scrolling.

15     Q.    Understood.  Let me know when you get

16  there.

17     A.    Okay.  Okay.  Got it.  February 25, 2025.

18     Q.    Can you also, then, click on your chat with

19  Qing Zheng, another one of your direct reports, and

20  let me know the earliest chat that's available in

21  that conversation?

22     A.    It is Tuesday, April 29, 2025.

23     Q.    And then just one more, doctor.  Can you

24  click on your conversation with Jonathan Zalevsky

25  and tell me what the earliest Teams chat is in that

83

1    conversation chain?

2         A.    March 5th, 2025.

3         Q.    Within the application that you're looking

4    at right now, Doctor, am I correct that, if your

5    Teams looks like my Teams, on the left-hand side of

6    the application is the list of all the different

7    conversations and then on the right side of the

8    application is the actual content of the chat?

9         A.    Yes.

10        Q.    Is that what you see as well?

11        A.    Yes.

12        Q.    Do you also see at the top of the Teams

13   application there's a search bar?

14        A.    Yes.

15        Q.    Can you type REZPEG into the search bar?

16        A.    Sure.

17        Q.    And then go ahead and click Enter to search

18   that.

19        A.    Yes.

20        Q.    Can you tell me how many results you have

21   in your Teams chat for the word REZPEG?

22        A.    It specifies all, messages, people, files.

23   It is all; right?

24        Q.    Let's do just messages.  I am not

25   interested in files.  So thank you for that

Attorneys Eyes Only          Yi Liu - May 02, 2025

84

1    clarification.

2        Just looking at messages, how many hits do you

3    have for REZPEG?

4        A.    One, two, three, four, five - five.  Wait.

5    There's All results.  What does that mean?  There's

6    Top results and All results.  Oh, because I think

7    the All results includes the REZPEG is included in

8    the meeting title, not in the content of the chat.

9    So if somebody's chat content contained the word

10   REZPEG, that's different, versus the word REZPEG is

11   in the title of a meeting where people are just

12   replying and chatting, using the meeting chat.

13       Q.    I see.  But you're in the messages filter;

14   correct?

15       A.    Yes.

16       Q.    Do you see beneath the messages filter

17   there's a dropdown for Type?

18       A.    Yes.

19       Q.    And the options are Chat and Channel?

20       A.    Yes.

21       Q.    Can you go ahead and click on Chat so that

22   we're just looking at Teams chats that use the word

23   REZPEG?

24       A.    Yes.

25       Q.    And looking at this, you mentioned there's

Attorneys Eyes Only          Yi Liu - May 02, 2025

85

1    Top results and All results.  I am interested in the

2    full results.

3        How many instances of REZPEG do you see

4    appearing in your Teams chats currently?

5        A.   If you're focusing on All results, 1, 2, 3,

6    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17,

7    18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,

8    31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43,

9    44, 45, 46, 47, 48, 49, 50, 51, 52, 53.  53.

10       MR. BATTER:  Dr. Liu, this is Kyle.  I will note

11   the court reporter is taking down everything you

12   say.  So if you count out loud, she has to type all

13   of that, which is fine, but if you are able to count

14   in your head, the court reporter would probably

15   appreciate it.

16       THE WITNESS:  Sorry.  Yes.

17       MR. HOLT:  Thank you, Kyle and Lindsay.  Much

18   appreciated.

19           (Discussion held off the record.)

20       MR. HOLT:  Understood.

21       I want to continue this line, Dr. Liu, but we

22   can take a break.  So I would ask that when you take

23   the break, you just leave your Microsoft Teams as it

24   is so that we can pick up where you left off.

25       Okay?

86

1        THE WITNESS:  Okay.

2        MR. HOLT:  We can go off the record, then.

3        THE VIDEOGRAPHER:  The time is 11:33 a.m.  We're

4    going off the record.

5            (Recess).

6        THE VIDEOGRAPHER:  The time is 12:02 p.m., and

7    we're back on the record.

8    BY MR. HOLT:

9        Q.    Dr. Liu, before the break, we were looking

10   at your Microsoft Teams function, and we saw that

11   looking at the current chats you have, there were 53

12   hits for the term REZPEG; correct?

13       A.    Yes.

14       Q.    Do you still have that in front of you?

15       A.    Sorry.  I clicked on something.  Let me --

16   I should be able to.

17       Q.    Sure.  Just let me know when you get back

18   to where we were.

19       A.    Yeah, I'm here.

20       Q.    So you are in your chats filtered by

21   messages, and then the type is further filtered to

22   include only chat; correct?

23       A.    Yes.

24       Q.    Your testimony is that none of these 53

25   mentions of REZPEG in these Teams chats are

87

1    important; correct?

2        A.    Correct.

3        MR. BATTER:  Objection.

4    BY MR. HOLT:

5        Q.    You don't even need to review any of these

6    53 mentions of REZPEG.  You just know for a fact

7    that they are not important; right?

8        MR. BATTER:  Objection.

9        THE WITNESS:  To the best of my recollection, I

10   don't believe they were -- any of them were

11   important.

12   BY MR. HOLT:

13       Q.    So, then, you are not sure whether they are

14   important or not.  You would have to look at each

15   one to know whether they were important; right?

16       MR. BATTER:  Objection.

17       THE WITNESS:  As I said, I don't believe any of

18   them were important.

19   BY MR. HOLT:

20       Q.    Do you know if any of them were important?

21       A.    I don't think so.

22       Q.    And in order to reach that conclusion, you

23   don't need to review any of the 53; correct?

24       MR. BATTER:  Objection.

25       THE WITNESS:  That's my belief.  That's a

Attorneys Eyes Only          Yi Liu - May 02, 2025

1    general practice.

2    BY MR. HOLT:

3        Q.   Can you see in the chat function that you

4    can also filter by People?

5        A.   Yes.

6        Q.   Can you go ahead and filter by -- let me

7    start over.  I want to stay within the message.

8    Okay?

9        A.   Okay.

10       Q.   And within chat, you can see there's the

11   option to filter by From?

12       A.   Yes.

13       Q.   Can you filter so we are only looking at

14   messages from Danni Yu that mentioned REZPEG?

15       A.   Yes.

16       Q.   You don't have to count them all if it is

17   more than 10 or so, but can you give me a rough

18   estimate of how many of the hits show up for Danni

19   Yu specifically?

20       A.   Four.

21       Q.   Four.  Thank you.

22       What is the most recent in time?

23       A.   I am going to look.  The most recent is

24   March 28th, 2025.

25       Q.   Can you filter by From, but instead of

89

1    Danni Yu, type in Qing Zheng?

2         A.    Nothing.

3         Q.    And can you filter it to be from Heng Xu?

4         A.    There's one.

5         Q.    What's the date of that one?

6         A.    March 31st, 2025.

7         Q.    What does Heng say in that chat?

8         A.    Just a link to a document.

9         Q.    Does the link include REZPEG in the title

10   then?

11        A.    The link doesn't include REZPEG in the

12   title.

13        Q.    Are you still filtered to show results

14   hitting on REZPEG, Dr. Liu?

15        A.    Yes.

16        Q.    Can you tell me -- I just don't have the

17   benefit of seeing your Teams -- why this hit showed

18   up for Heng Xu for REZPEG?

19        A.    I am confused as well because the link name

20   is 2025-03-28.  Oh, I think probably because it is a

21   link to a Teams SharePoint site and that SharePoint

22   site had the name REZPEG.  That might be why.

23        Q.    I see.  Thank you.  Can you filter the From

24   to be Jonathan Zalevsky?

25        A.    One.

90

1          Q.   What's the date of that?

2          A.   March 3rd, 2025.

3          Q.   Is that a chat where Dr. Zalevsky starts

4     with:  Hello team, I'm working on a question to the

5     group?

6          A.   No.

7          Q.   Can you tell me what the chat is from

8     Dr. Zalevsky?

9          A.   [As read]:  Thanks for the meeting

10    everyone.  I need to drop off now.

11         Q.   Can you tell me where it mentions REZPEG.

12         A.   Because it is a chat in the meeting titled

13    REZPEG phase 3 protocol development working group.

14         Q.   I see.  Thank you.

15         Doctor, can you make it so that we are not

16    filtering by any individual again so that we get

17    back to 53 instances of chats hitting on REZPEG?

18         A.   Yes.

19         Q.   Just let me know when you're there, please.

20         A.   I'm here.

21         Q.   Thank you.  Can you replace with 358 as the

22    search term?

23         A.   I'm done.

24         Q.   Can you tell me how many hits there are in

25    your messages in Microsoft Teams chats for 358?

91

1      A.    In the All results; correct?

2      Q.    Correct.  But still filtered just to show

3  chats.

4      A.    Yes.  More than a hundred now.

5      Q.    Having counted up to 100, can you tell if

6  you're at least halfway through, or --

7      A.    I can't tell.  I can give can you the total

8  number of pages.  It is just Next, Next.

9      Q.    I see.  In your Microsoft chat history in

10  the active chats right now, there's more than 100

11  hits for the term 358; correct?

12      A.    Correct.

13      Q.    And your testimony today is that none of

14  these more than 100 instances of mentions of 358 are

15  important; correct?

16      MR. BATTER:  Objection.

17      THE WITNESS:  As I mentioned, as a general

18  practice, I don't believe any of those were

19  important.

20  BY MR. HOLT:

21      Q.    You don't think you have to review any of

22  these 100 entries that mentioned 358 in order to

23  determine whether or not they are important; is that

24  correct?

25      MR. BATTER:  Objection.

92

1      THE WITNESS:  As I mentioned, that's -- the

2    general practice is that none of those were

3    important.

4    BY MR. HOLT:

5      Q.    Even if it is your general practice, do you

6    agree that there might be exceptions where there are

7    references to 358 or REZPEG in your Microsoft Teams

8    chats that are, in fact, important?

9      A.    I don't think I generally -- I don't think

10   there should be any that are important, as I

11   mentioned.

12     Q.    I have one more search term for you,

13   Doctor.

14     Can you type in Rezolve, with the Z, so that we

15   can capture both the atopic dermatitis and alopecia

16   trials?

17     A.    Yes.  Nine.

18     Q.    Thank you, Doctor.  Could you just go back

19   to REZPEG?  I believe you told me the chat you had

20   with Charleen Jue was from this past Tuesday.  I

21   want -- well, let me start over.  You can exit out

22   of the search term.  Thank you for doing that.

23     I just want you to go back to the general open

24   chats that you have.  Okay?

25     A.    Okay.

93

1    Q.   Am I correct that it was Charleen Jue where

2  your most -- where your oldest chat was from this

3  past Tuesday?

4    A.   Charlene Jue, the oldest one is March 11th,

5  2025.

6    Q.   I see.  What's the most recent for Ms. Jue?

7    A.   The most recent is March 11th, 2025, the

8  same date.

9    Q.   Got it.  Thank you.  I was misremembering

10  that.  So maybe we'll find the right person during a

11  break.  But we can set aside Ms. Jue for now.

12    We were looking at the 11 different individuals

13  with whom you had Teams chats, Doctor.

14    Can you tell, looking at the 15 group chats that

15  you have, how many of those 15 groups are groups

16  related to the development of REZPEG?

17    MR. BATTER:  Objection.

18    THE WITNESS:  Most of these are related to

19  either the AA trial or the AD trial.

20        (Reporter Clarification.)

21  BY MR. HOLT:

22    Q.   Of the 15 group chats that you currently

23  have active in your Microsoft Teams application,

24  most of them are related either to the ongoing

25  Phase 2 alopecia trial or the ongoing Phase 2 atopic

94

1    dermatitis trial; correct?

2        A.   The -- the nonsubstantive messages

3    related -- regarding our work, basically.

4        Q.   Of the 15 different Teams chats -- let me

5    start over.

6        Of the 15 different group teams chats on

7    Rezolve-AA or the Rezolve-AD trial, your testimony

8    is that, without looking at any of those 15 chats,

9    you know that the information discussed in them is

10   not important; correct?

11       MR. BATTER:  Objection.

12       THE WITNESS:  As I mentioned, I believe, to my

13   best recollection, I believe none of them would be

14   important.

15   BY MR. HOLT:

16       Q.   You don't need to review any of those 15

17   group Teams chats in order to assess whether

18   anything in them is important; correct?

19       MR. BATTER:  Objection.

20       THE WITNESS:  I don't believe any of them were

21   important.

22   BY MR. HOLT:

23       Q.   Dr. Liu, I think I got the right name that

24   I was looking for earlier.

25       Could you please open up your chat with

Attorneys Eyes Only         Yi Liu - May 02, 2025

1    Qing Zheng?

2        A.    Sure.

3        Q.    Was the chat where you had a conversation

4    with Qing this past Tuesday?

5        A.    Correct.

6        Q.    Is that a message from you or from Qing?

7        A.    We both messaged each other.

8        Q.    How many messages is it, total?

9        A.    From either her or me?

10       Q.    Yes.  Just this past Tuesday.

11       A.    Seven.

12       Q.    Seven.  Without reading them all, then, can

13   you tell me what was being discussed?

14       A.    I am asking her to cover for me for a

15   meeting this morning because I cannot make it, and I

16   was asking if she can, and she said, sure, and then

17   I forwarded her the meeting invite, and she said got

18   it.

19       Q.    Thank you, Doctor.  Doctor, you can go

20   ahead and minimize your Teams chat.  Thank you for

21   walking through that with me.  I know it took a

22   little longer because I can't see what you're

23   seeing.  But I appreciate you doing that and

24   appreciate your honesty.

25       A.    Thank you.  Sure.

99

1    ClinDevOps team of which Jenny in clinical

2    operations is the leader, Nektar employees would use

3    this to discuss and share documents about REZPEG's

4    clinical development?

5        MR. BATTER:  Objection.

6        THE WITNESS:  I don't know for sure.  As I said,

7    I didn't create this team.  So --

8    BY MR. HOLT:

9        Q.   Even though you didn't create it, you were

10   one of only three members; correct?

11       A.   I don't know how many members on the team.

12       Q.   According to the email, there's three

13   members; right?

14       A.   The email says three.

15       Q.   Okay.  Can you pull up your Microsoft

16   Teams, then, and tell me how many members are in it

17   now?

18       A.   Okay.  68.

19       Q.   68.  Thank you.

20       Do you have any recollection of you using this

21   particular team?

22       A.   No.

23       Q.   Are there any posts or chats in the

24   Microsoft Teams application for this particular

25   team?

Attorneys Eyes Only        Yi Liu - May 02, 2025

100

1    A.    I don't recall.

2    Q.    You can look, though, in the current Teams

3 application; correct, and see if there's any posts,

4 like you did for the other ClinDevOps folder; right?

5    A.    Yes.  Do you want me to look?

6    Q.    Please.

7    A.    I see a few posts.

8    Q.    When was the most recent post?

9    A.    September 15, 2023.

10    Q.    And when was the oldest post?

11    A.    July 25, 2023.

12    Q.    Can you tell me the title of the July 2023

13 post?

14    A.    There is no title.

15    Q.    What can you see about that post?

16    A.    Jenny Gilbert posted a sentence.

17    [As read]:  I added a tab at the top of this

18 channel.  Check it out.

19    Q.    Thank you, Doctor.

20    Do you recall if there were any Teams meetings

21 that you attended of this particular team, the

22 ClinDevOps Nektar-358 Program Internal Team?

23    A.    We don't have this meeting anymore.  Sorry.

24 I take it back.  I think we still do.  It's -- it is

25 being -- I think it is monthly.

Attorneys Eyes Only          Yi Liu - May 02, 2025

108

1    mentioned in this exhibit still in use, or is that

2    channel defunct?

3        MR. BATTER:  Objection.

4        THE WITNESS:  I don't know.

5    BY MR. HOLT:

6        Q.    Can you look at your Microsoft Teams

7    application right now to see if you can find this

8    channel?

9        A.    When you say "this channel," meaning this

10   team --

11       Q.    I can only go off, Doctor, what's in the

12   document.  My understanding is that a Microsoft

13   Teams channel is separate from a Microsoft Teams

14   team.

15       So, based on the minutes here, my question is

16   whether you can see, in your Microsoft Teams

17   application, whether you are still a member of this

18   Teams channel for the study protocol review team?

19       A.    So I do not see the word "channel" in my

20   Microsoft Team application, just to be clear.

21       Q.    Let me see if I can help guide you, Doctor.

22       On the left-hand side of your application, do

23   you see the icons for things like activity, chat,

24   calls?  Do you see those?

25       A.    Yes.

109

1      Q.    If you could please click on Chat.

2      A.    Okay.

3      Q.    Above the list of the individuals in the

4   group chats that you have, do you see that there's

5   an ellipses up top, and if you hover over it, it

6   says More List Options?  There's the three dots.

7      A.    Yes.

8      Q.    If you click on the three dots, do you see

9   an option for your teams and channels?

10     A.    No.  I see Mark All As Read.

11     Q.    I see.  Okay.  Thank you, Doctor.

12         To the best of your recollection, then, do you

13  recall being a member of the Microsoft Teams channel

14  for the study protocol review team?

15     A.    I don't recall specifically.

16     Q.    You agree that it would help refresh your

17  memory if you could access today the study protocol

18  review teams channel; agree?

19     MR. BATTER:  Objection.

20     THE WITNESS:  I don't know.

21  BY MR. HOLT:

22     Q.    Well, you don't remember if you were part

23  of this Teams channel, but if you could see the

24  Teams channel, that would answer your question

25  because you would be able to see the membership;

110

1    fair?

2        MR. BATTER:  Objection.

3        THE WITNESS:  I don't know.

4    BY MR. HOLT:

5        Q.   We saw earlier that you were able to view

6    the membership for Microsoft Teams teams; correct?

7        A.   Correct.

8        Q.   Within the Microsoft Teams application, you

9    can also review the members of Microsoft Teams

10   channels; correct?

11       A.   I don't know.

12       Q.   As best as you can tell in your Microsoft

13   Teams application right now, you do not see a Teams

14   channel for the study protocol review team; correct?

15       A.   There are many functions here I don't use.

16   Maybe it is available to me.  I just don't -- I'm

17   not designed to fully understand every single thing

18   about the team.  I don't see the word "channel" in

19   the front screen when I open Team.

20       Q.   In the search bar at the top of your Teams

21   application, Doctor, earlier we were looking at the

22   messages folder; correct?  Or excuse me, the

23   messages filter.

24       If you type something into that search bar, such

25   that you get the filters, do you have a filter for

Attorneys Eyes Only          Yi Liu - May 02, 2025

111

1   files and then another filter for group chats?

2       A.   Yes.

3       Q.   Do you also have a filter for teams and

4   channels?

5       A.   Yes.

6       Q.   Will you filter by teams and channels and

7   then search for the protocol?

8       A.   Yeah.

9       Q.   Do you have any results, Doctor?

10      A.   No.

11      Q.   So as best as you can tell, you are not

12  currently granted access to the Microsoft Teams

13  channel or the study protocol review team; correct?

14      A.   I do not know for sure.

15      Q.   Sitting here today, you at least don't know

16  how to access the Microsoft Teams channel for the

17  study review protocol, assuming you have access to

18  it; correct?

19      A.   I have access to the protocol.

20      Q.   But as best as you can tell, you do not

21  have access to the Teams channel for the study

22  protocol review team; right?

23      A.   Right now, I don't see it.

24      Q.   That means right now you cannot go back to

25  see any Teams chat history from this channel;

Attorneys Eyes Only        Yi Liu - May 02, 2025

112

1    correct?

2        A.    Right now, I can't see it or I cannot find

3    it.

4        Q.    Do you know if the study team protocol --

5    let me start over.  I messed that up, Doctor.

6        Do you know if the study protocol review team is

7    still in existence, or is that a group that no

8    longer meets?

9        A.    I don't know.

10       Q.    Do you recall attending any meeting of the

11   study protocol review team?

12       A.    Yes.  The kickoff meeting I remember.

13       Q.    Aside from the kickoff meeting mentioned in

14   this exhibit, do you recall attending any meetings

15   of the study protocol review team?

16       A.    I don't remember.

17       Q.    Do you recall having any Microsoft Teams

18   chats with any members of the study protocol review

19   team about the Rezolve-AD protocol?

20       A.    I don't think I chat about protocol in

21   general the details of protocol in general.  So --

22       Q.    Within your Teams application, Doctor, can

23   you filter again by messages and search for

24   protocol?

25       A.    Okay.

113

1      Q.    Can you tell me how many hits you have in

2   your Teams chat history for the word "protocol"?

3      A.    Three.  Hang on a sec.  15.

4      Q.    Are you able to see when the oldest chat is

5   about a protocol?

6      A.    March 3rd, 2025.

7      Q.    Can you tell me some of the names of the

8   individuals that are showing up in the Teams chat

9   with whom you discussed the protocol?

10     A.    So let me clarify, I can just show you the

11  names that came up during the search, but I don't

12  believe there's any substantive discussion about the

13  protocol.

14     Q.    You said there's 15 instances where

15  protocol shows up in your Teams chat; correct?

16     A.    The word protocol, either in the content of

17  the chat or in the title of the team meeting where

18  the chat occurred.

19     Q.    And your testimony is that without

20  reviewing any of those 15, you can testify that all

21  15 are not substantive discussion about a REZPEG

22  protocol; correct?

23     MR. BATTER:  Objection.

24     THE WITNESS:  Yeah.  I don't think any of them

25  are substantive, and even if there are anything

159

1        MR. BATTER:  Objection.

2        THE WITNESS:  This message did not show that I

3   discussed with her.  This message shows that I asked

4   her to send the mistakes in email.

5   BY MR. HOLT:

6        Q.   Looking at this document, it shows that in

7   August of 2023 you used Microsoft Teams to request

8   Danni Yu send information about the EASI score math

9   error; correct?

10       A.   Probably.  I asked her to send the email.

11       MR. HOLT:  Brian, can you please introduce tab

12  number 10 as Exhibit 1440?

13            (Exhibit 1440 was marked for

14            identification.)

15  BY MR. HOLT:

16       Q.   And, Dr. Liu, the Microsoft Teams that we

17  were looking at was dated August 5th of 2023; right?

18       A.   Yes.

19       MR. HOLT:  Brian, will you please scroll down to

20  the bottom of the first page.  That's great.

21  BY MR. HOLT:

22       Q.   Do you see, Dr. Liu, that on the same day,

23  August 5th, 2023, Danni Yu is sending an email to

24  Mary Tagliaferri and Jonathan Zalevsky, cc'ing you,

25  and the subject is KFAD:  Errors in MMRM results are

160

1    found in Lilly Final CSR?

2         A.    Yes.

3         Q.    Fair to say that this email that we are

4    looking at, where Danni Yu is sending information

5    about the EASI score math error, is that email that

6    you had requested she send in the Teams chat from

7    Exhibit 1426?

8         A.    Probably.

9         Q.    Do you recall if, after you sent Danni Yu

10   the Teams chat with the request to send this email,

11   if Danni responded to you within Teams?

12        A.    I don't recall.

13        MR. HOLT:  Brian, you can take this down.  Thank

14   you.

15   BY MR. HOLT:

16        Q.    Because of this Teams chat that you sent

17   Danni Yu was in August of 2023, we cannot now go

18   back to your Teams chat history with Danni and see

19   if she responded to you; correct?

20        A.    I don't know -- I don't recall whether she

21   responded or not.  I'm assuming she, based on the

22   email, she did send the email.

23        Q.    Based on the Teams chat email that we have,

24   we don't know one way or another if Danni Yu

25   responded to your message within Teams; right?

Attorneys Eyes Only        Yi Liu - May 02, 2025

161

1      A.    I don't know whether she responded or not,

2  but I saw the email that came out.

3      Q.    So as of August of 2023, you were using the

4  Microsoft Teams chat to send requests about the EASI

5  score error to Danni Yu; right?

6      MR. BATTER:  Objection.

7      THE WITNESS:  I don't recall really using chats

8  to -- to -- other than this one that's just a simple

9  request, I don't recall anything else.

10     MR. HOLT:  Brian, could you please pull back up

11 1426 just so we have it in front of us.  Thank you.

12 BY MR. HOLT:

13     Q.    Is it your testimony today, Dr. Liu, that

14 the requests that you sent to Danni Yu in Teams chat

15 back in August of 2023 about the EASI score error

16 was an unimportant request?

17     MR. BATTER:  Objection.

18     THE WITNESS:  So I sent the request to ask her

19 to send the email and the email was sent and that

20 was kept.  So the content of the request is in -- is

21 documented in emails.

22 BY MR. HOLT:

23     Q.    In this situation, had you not sent the

24 request to Danni Yu via Teams chat, that email would

25 not have been sent; right?

173

1      THE WITNESS:  Again, this is not about

2  interpretation of the results, because we don't have

3  interim analysis.  It --

4  BY MR. HOLT:

5      Q.  Well, Dr. Zalevsky is asking you, if we get

6  these results, what can we say about them.  And your

7  response is, what I can tell you is they are not

8  designed to assess statistical significance; right?

9      MR. BATTER:  Objection.

10     THE WITNESS:  Basically, to me, I am basically

11 answering the question about what the purpose or --

12 of the interim analysis is and our possible

13 outcomes.

14 BY MR. HOLT:

15     Q.  And, in your opinion, the purpose of an

16 interim analysis for a REZPEG trial is an important

17 topic; right?

18     MR. BATTER:  Objection.

19     THE WITNESS:  It is documented in the protocol

20 and SAP.

21 BY MR. HOLT:

22     Q.  It is not answering my question, Doctor.

23     In your opinion, the purpose of an interim

24 analysis for a REZPEG trial is an important topic;

25 agree?

175

1    BY MR. HOLT:

2        Q.    And, in your opinion, is what Nektar can

3    say about potential outcomes from an interim

4    analysis in a Phase 2 REZPEG trial something that is

5    important or unimportant?

6        MR. BATTER:  Same objection again.

7        THE WITNESS:  This topic -- this is basically,

8    in my opinion, documented in the protocol and SAP.

9    So it is already in the documents.

10   BY MR. HOLT:

11       Q.    Whether or not it is in the documents, the

12   protocol and the SAP, you agree that the potential

13   outcomes of an interim analysis in a Phase 2 REZPEG

14   trial is a substantive topic; right?

15       MR. BATTER:  Same objection.

16       THE WITNESS:  I think it's probably -- I vaguely

17   remember it might have been discussed somewhere.

18   BY MR. HOLT:

19       Q.    That doesn't answer my question, Doctor.

20       Whether or not it is in the documents, the

21   protocol and the SAP, you agree that the potential

22   outcomes of an interim analysis in a Phase 2 trial

23   for REZPEG is a substantive topic; right?

24       MR. BATTER:  Same objection yet again.

25       THE WITNESS:  I don't know.  I think the

180

1   conclusion that any Teams chat that somebody sent

2   you about REZPEG would have been unimportant?

3        MR. BATTER:  Objection.

4        THE WITNESS:  That's the general business

5   practice.  I assume everyone knows that.

6   BY MR. HOLT:

7        Q.  According to you, Nektar's general business

8   practice is that people's questions raised in

9   Microsoft Teams chats are unimportant; right?

10       MR. BATTER:  Objection.

11       THE WITNESS:  My general -- my general practice

12  is I don't raise any topics that are important in

13  chats.  Even if there's anything relevant, it will

14  be documented in emails or in formal documents.

15  BY MR. HOLT:

16       Q.  And you can only speak to your personal

17  general practice; right?

18       A.   I can speak to my general practice, and I

19  think everyone at Nektar probably follows the same

20  practice.

21       Q.  What's your basis for saying you think

22  everyone at Nektar probably follows the same

23  practice to not include important topics in their

24  Microsoft Teams chats?

25       A.   Because when we first switched from Skype

Attorneys Eyes Only      Yi Liu - May 02, 2025

181

 1   to Teams, we got training saying that chats are

 2   being deleted.  So anything important needs to be

 3   preserved in documents or emails.

 4        Q.   You don't recall responding to

 5   Dr. Zalevsky's Teams chat here via email; right?

 6        A.   I don't remember.

 7        Q.   You certainly responded via Teams chat to

 8   Dr. Zalevsky's questions; right?

 9        A.   I see it.

10        Q.   If it turns out that you never send

11   Dr. Zalevsky an email with your response to his

12   questions raised in this March 3rd, 2025, Microsoft

13   Teams chat, then your opinion is that this

14   discussion being held in the Teams chat is

15   unimportant and not substantive; right?

16        MR. BATTER:  Objection.

17        THE WITNESS:  As I said, if anything relevant,

18   usually we discuss it in meetings, like the strategy

19   team meetings, and there are clear meeting minutes

20   documented.

21   BY MR. HOLT:

22        Q.   Do you recall discussing in any strategy

23   team meetings what Dr. Zalevsky raised for you in

24   the exhibit we're looking at here?

25        A.   I don't remember.

198

1    chats?

2        A.    No, because this document says preserve

3    anything related to the dispute.  It doesn't discuss

4    anything -- I don't believe I discussed anything

5    related to the lawsuit in chats or anywhere.

6        Q.    When you say you don't discuss anything

7    related to the lawsuit, are you specifically

8    referring to the allegations brought by Nektar and

9    Lilly, or are you referring to something else?

10       A.    Correct.

11       Q.    So when you say you don't discuss the

12   lawsuit with anybody, am I correct to say that your

13   testimony is you don't discuss the lawsuit itself

14   with anybody at Nektar, either in Microsoft Teams

15   chat or any other way; is that right?

16       MR. BATTER:  Objection.

17       THE WITNESS:  I don't discuss anything related

18   to the lawsuit in chats or other places.

19   BY MR. HOLT:

20       Q.    What is your understanding of what

21   qualifies as "related to the lawsuit"?

22       A.    I think there may be three areas.  One is

23   claiming the KFAD mistakes, the second is the KFAE

24   trial design, and the third is the lupus trial

25   results.

Attorneys Eyes Only         Yi Liu - May 02, 2025

208

1       Q.   Were you ever provided updated or amended

2   preservation notice that followed the notice we

3   looked at dated June 30, 2023?

4       A.   I don't think so.

5       Q.   Do you have any reason to believe that

6   anybody at Nektar did not comply with the document

7   preservation notice for this litigation?

8       A.   I don't think so.

9       MR. HOLT:  Okay.  That's all the questions I

10  have for you, Doctor.  I appreciate the

11  longer-than-expected day.  I am not sure if your

12  counsel has any questions for you, but if so, you

13  might have to stay a little longer.

14      MR. BATTER:  I do, and I will keep them to

15  probably about 10 minutes.

16      So, Dr. Liu, if you would rather just continue

17  and finish than take a break, we can do that.

18      THE WITNESS:  Sure.

19                   CROSS-EXAMINATION

20  BY MR. BATTER:

21      Q.   Did you attend an August 2023 meeting where

22  Dr. Wilson instructed employees not to use Teams

23  chats to communicate about the lawsuit or work Lilly

24  had done?

25      MR. HOLT:  Objection; form.

Attorneys Eyes Only        Yi Liu - May 02, 2025

209

1         THE WITNESS:  No.

2    BY MR. BATTER:

3         Q.    And why not?

4         A.    Because I was on maternity leave between

5    mid-June to August.

6         Q.    You were on maternity leave during the time

7    when this meeting took place?

8         A.    Correct.

9         Q.    Did you use Teams chats while on maternity

10   leave?

11        A.    I don't think so.  I don't believe so.

12        Q.    Even though you were not at the August 7th

13   meeting where Nektar's general counsel gave his

14   instruction, have you worked consistent with that

15   instruction not to use Teams chats to discuss Lilly

16   or the lawsuit?

17      MR. HOLT:  Objection; form.

18        THE WITNESS:  Yes.

19   BY MR. BATTER:

20        Q.    What do you typically use Teams chats for?

21        A.    Usually for quick messages, quick requests,

22   for example, can we have a meeting, where can I find

23   this document, can you follow up in my email, things

24   like that.

25        Q.    It sounds like you used chats for

210

1    administrative and procedural purposes primarily.

2        Is that fair?

3        MR. HOLT:  Objection; form.

4        THE WITNESS:  Yes.

5    BY MR. BATTER:

6        Q.   How about the Teams chats that you received

7    from others, do they tend to be of the same nature

8    of the chats that you send?

9        MR. HOLT:  Objection; form.

10       THE WITNESS:  I think so.

11   BY MR. BATTER:

12       Q.   So things like can we have a meeting,

13   sorry, I'll be late, where can I find this document,

14   things like that?

15       A.   Yes.

16       MR. HOLT:  Objection; form.

17   BY MR. BATTER:

18       Q.   I just want to make sure, for the court

19   reporter's benefit, if, Dr. Liu, you'd wait just a

20   second so that Mr. Holt can lodge an objection, if

21   he is going to, so that your answer is clear for the

22   record.

23       A.   Sorry.  Yes.

24       Q.   That's fine.  Thank you.

25       If you are not using Teams chats to perform the

Attorneys Eyes Only        Yi Liu - May 02, 2025

211

1   core functions of your work at Nektar, then what

2   applications, tool, or software are you using to

3   perform the core functions of your work?

4        MR. HOLT:  Objection; form.

5        THE WITNESS:  Either emails, formal documents,

6   or Team channel document files, under files.

7   BY MR. BATTER:

8        Q.   Okay.  So you mentioned documents stored in

9   different locations and emails?

10       A.   Yes.

11       Q.   And what is your understanding of the

12  preservation of documents and emails at Nektar?

13       A.   They are always kept.

14       Q.   When you say "always kept," are you saying

15  they are preserved forever with no deletion

16  timeline?

17       A.   Correct.

18       MR. HOLT:  Objection; form.

19       THE WITNESS:  Correct.

20  BY MR. BATTER:

21       Q.   Is it important to you that the work you

22  perform at Nektar is preserved?

23       A.   Yes.  It is important because --

24       Q.   And why?

25       A.   Because I need to have a record to show why

Attorneys Eyes Only          Yi Liu - May 02, 2025

212

1    those decisions are made.  After certain time

2    period, everybody forgets.  So we need proper

3    documentation about all the decisions made about

4    these documents.

5         Q.   After Lilly terminated the parties'

6    collaboration agreement in April 2023, have you used

7    Teams chats to communicate about the collaboration

8    agreement between the parties?

9         MR. HOLT:  Objection; form.

10        THE WITNESS:  No.

11   BY MR. BATTER:

12        Q.   After Lilly terminated the collaboration

13   agreement, have you used Teams chats to comment on

14   the work that Lilly performed under the

15   collaboration agreement?

16        A.   I don't think so.

17        Q.   And after Nektar ultimately sued Lilly in

18   August 2023, have you used Teams chats to

19   communicate about the lawsuit, the claims in the

20   lawsuit, the allegations, the issues related?

21        MR. BATTER:  Objection; form.

22        THE WITNESS:  No.  I don't think so.

23   BY MR. BATTER:

24        Q.   And why is it that you are not using Teams

25   chats to talk about these topics?

Attorneys Eyes Only        Yi Liu - May 02, 2025

213

1      A.   Because chats are designed for quick

2  messages, quick requests, quick updates.

3      So it is our common practice to not use chat for

4  substantive work, which are stored in emails or

5  documents.

6      Q.   I'd like to show you, just briefly, the

7  document preservation notice marked as 1427.

8      MR. BATTER:  Brian, if you wouldn't mind sharing

9  the first page of that.

10  BY MR. BATTER:

11     Q.   And, Dr. Liu, I will direct your attention

12  to the second paragraph beginning "effective

13  immediately."  If you look at the second line, it

14  refers to documents, quote, "relating to the

15  dispute," end quote.

16     Do you see that?

17     A.   I see it.

18     Q.   Do your Teams chats relate to the -- excuse

19  me.  Do your Teams chats relate to the dispute with

20  Lilly?

21     MR. HOLT:  Objection; form.

22     THE WITNESS:  No.

23  BY MR. BATTER:

24     Q.   And then do you see three bullets further

25  down the page in Exhibit 1427?

Attorneys Eyes Only          Yi Liu - May 02, 2025

214

1          A.    I see it.

2          Q.    Did your Teams chats relate to the actions

3    or inactions taken by Lilly in the development of

4    REZPEG?

5          MR. BATTER:   Objection; form.

6          THE WITNESS:  No.

7    BY MR. BATTER:

8          Q.    Do your chats relate to the standard of

9    care Lilly used in performing its obligations under

10   the agreement between the parties?

11         MR. HOLT:  Objection; form.

12         THE WITNESS:  No.

13   BY MR. BATTER:

14         Q.    Do your Teams chats relate to Nektar's

15   various discussions, negotiations, collaborations,

16   and agreements with Lilly relating to the

17   development of REZPEG?

18         MR. HOLT:  Objection; form.

19         THE WITNESS:  No.

20   BY MR. BATTER:

21         Q.    And, Dr. Liu, you saw I was reading from

22   those three bullets in this document preservation

23   notice?

24         A.    Sorry.  Can you repeat?

25         Q.    You noticed I was reading from the three

215

1    bullets in document preservation notes?

2        A.    Yes.

3        Q.    And so your Teams chats do not cover the

4    topics discussed in these three bullets?

5        MR. HOLT:   Objection; form.

6        THE WITNESS:   Correct.

7    BY MR. BATTER:

8        Q.    Have you complied with the document

9    preservation notice you signed by not deleting

10   materials related to Nektar's dispute with Lilly?

11       A.    Correct.

12       Q.    Can we pull up Exhibit 1434 for a moment?

13       Dr. Liu, do you recall seeing this exhibit

14   earlier in your testimony?

15       A.    Yes.

16       Q.    Is this a substantive or important Teams

17   chat about Lilly?

18       MR. HOLT:   Objection; form.

19       THE WITNESS:   No.

20   BY MR. BATTER:

21       Q.    Is this a substantive or important Teams

22   chat about Lilly's work on REZPEG development?

23       MR. HOLT:   Objection; form.

24       THE WITNESS:   No.

25   ///

1    BY MR. BATTER:

2        Q.    Is this a substantive or important Teams

3    chat about Nektar's dispute with Lilly?

4        MR. HOLT:  Objection; form.

5        THE WITNESS:  No.

6    BY MR. BATTER:

7        Q.    Is this a substantive or important Teams

8    chat regarding REZPEG development at all?

9        MR. HOLT:  Objection; form.

10       THE WITNESS:  No.

11   BY MR. BATTER:

12       Q.    What is the NEJ?

13       A.    New England Journal of Medicine.

14       Q.    Are the New England Journal of Medicine

15   papers referenced in this Teams chat publicly

16   available?

17       A.    Yes.

18       Q.    So in this Teams chat, Heng is just asking

19   you about the location of publicly available papers?

20       A.    Correct.

21       Q.    Earlier you testified that Heng was

22   collecting material to perform a competitive

23   landscape analysis for drug development.

24       Do you recall that?

25       A.    Yes.

217

1        Q.   Would that competitive analysis have

2   happened in Teams chats?

3        MR. HOLT:  Objection; form.

4        THE WITNESS:  No.

5   BY MR. BATTER:

6        Q.   Where would that competitive analysis have

7   been done?

8        A.   It's documented in -- usually in the slide

9   deck or, you know, in Word document.

10       Q.   And would that competitive analysis have

11  been documented and preserved?

12       A.   Yes.

13       MR. HOLT:  Objection; form.

14       THE WITNESS:  Yes.

15  BY MR. BATTER:

16       Q.   I'd like to show you Exhibit 1443.

17       Do you see this on your screen, Dr. Liu?

18       A.   Yes.

19       Q.   In your testimony, you noted that you

20  copied and pasted this bar graph into your April 15,

21  2025, chat.

22       Do you see that?

23       A.   Yes.

24       Q.   Is this bar graph also available outside of

25  this Teams chat?

229

1    August 7th, 2023, you are aware that at least some

2    of your colleagues at Nektar continued to use

3    Microsoft Teams chats with you related to REZPEG;

4    right?

5        MR. BATTER:  Objection.

6        THE WITNESS:  Right.

7        MR. HOLT:  Thank you, Doctor, no further

8    questions.

9                    RECROSS-EXAMINATION

10   BY MR. BATTER:

11       Q.   I just have one question, and it's actually

12   a question I've already asked, but at least the

13   realtime didn't catch all of it because there was an

14   objection, and I just want a clean transcript.

15       Even though you were on maternity leave,

16   Dr. Liu, during the August 7, 2023, meeting where

17   Nektar's general counsel gave his instruction about

18   the use of Teams chats, have you, nevertheless,

19   worked consistent with that instruction not to use

20   Teams chats not to discuss Lilly or the lawsuit?

21       MR. BATTER:  Objection; form.

22       THE WITNESS:  Correct.

23       MR. BATTER:  No further questions.

24   ///

25   ///

233

```
 1   STATE OF CALIFORNIA     )

 2                           )   ss.

 3   COUNTY OF ORANGE        )

 4           I, LINDSAY ANNE STOKER, RDR, RMR, CRR, CRC,

 5   and Certified Shorthand Reporter of the State of

 6   California, does hereby certify:

 7           That the foregoing deposition was taken

 8   before me at the time and place therein set forth, at

 9   which time the witness was duly sworn by me;

10           That the statements made on the record were

11   recorded stenographically by me and were thereafter

12   transcribed; said transcript being a true and correct

13   copy of the proceedings thereof;

14           I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof;

17           Further, that if the foregoing pertains to the

18   original transcript of a deposition in a federal case,

19   before completion of the proceedings, review of the

20   transcript was not requested/offered on the record.

21           In witness whereof, I have subscribed my name,

22   this 6th day of May, 2025.

23

24   _____

             Lindsay A. Stoker, RDR, RMR, CRR, CRC

25           CA CSR No. 14373
```