```
                                                                  1

 1           IN THE UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3    ----------------------------------------

 4    IN RE MATTER OF:

 5    NEKTAR THERAPEUTICS,

 6              Plaintiff,           Case No.

 7       vs.                         3:23-CV-03943-JD

 8    ELI LILLY & CO.,

 9              Defendant.

10    ----------------------------------------

11

12

13              **** CONFIDENTIAL ****

14       VIDEOTAPED DEPOSITION OF DANNI YU

15               (Held Remotely)

16

17             Thursday, May 1, 2025

18                1:00 p.m. (PT)

19

20

21

22

23    Stenographically Reported By:

24    Joan Ferrara, RMR, FCRR

25    Job No. 2025-982545
```

32

1   comments through Teams to each other?
2          MR. BATTER:  Objection.
3      A.     The way we communicate with
4   comments are typically in emails and in
5   meetings.  And we document if it was
6   communicated in like verbal or audio
7   meetings.  And if the comments are
8   important as a decision, we document it in
9   email or we write it down as a meeting
10  note and distribute in email.
11         So my answer to your question is
12  I don't know how to answer because it's
13  current multiple cases.
14     Q.    So one of the examples you said
15  was that you share study protocols in
16  Teams files, right?
17     A.    No.  I did not share protocol.  I
18  shared SAP draft and SAP.
19         The reason I don't share protocol
20  is that my role, that's not covered that
21  part, I own SAP, so I share SAP.
22     Q.    Okay.  When you are developing an
23  SAP, do you upload a version of that SAP
24  with comments or edits to it into the
25  Teams group?

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 3 of 19
NEKTAR THERAPEUTICS vs
ELI LILLY
Confidential
Danni Yu
May 01, 2025

44

1   A.   About -- it's a very broad
2   question.
3   Q.   You use Teams to chat to your
4   co-workers about REZPEG specific projects,
5   right?
6   A.   Covering topics for REZPEG.  I
7   also use Teams to reach maybe IT person
8   for other things or other like procedural
9   questions.  So not only for REZPEG.
10        MR. BATTER:  Madam Court
11     Reporter, I see you typed "covering
12     topics for REZPEG."  I think the
13     testimony was "current topics for
14     REZPEG," but I leave it to the
15     witness.  I'm just looking at the
16     realtime.
17   Q.   Ms. Yu, did you say "covering
18   topics for REZPEG" or "current topics for
19   REZPEG"?
20   A.   I mean covering, not only for
21   REZPEG, but I also use Teams chat for
22   other topics or subjects.
23   Q.   What other topics or subjects do
24   you use Teams for?
25   A.   For example, if like -- if I need

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 4 of 19
NEKTAR THERAPEUTICS vs
ELI LILLY                              Confidential                    Danni Yu
                                                                 May 01, 2025

45

1   to leave a meeting, but presenter is busy
2   in talking, I don't want to disturb, I
3   would say, sorry, I have another meeting,
4   I have to jump out, something like that.
5           Or if I sent out an email and I
6   need the co-worker to answer my email as
7   soon as possible, I would not wait.  I
8   will ping my co-worker to say, hi, I sent
9   email at about which time, title is it, so
10  would you mind take a quick look and get
11  better chance to respond to me as soon as
12  possible.
13          So other things like this short
14  answer, very not important things, but
15  need to reach the others in timely base.
16      Q.    Do you use Teams chat for any
17  other topics?
18      A.    I thought I gave you examples,
19  yeah, already.
20      Q.    Right.  I am just asking if you
21  can think of any more examples.
22      A.    Yeah, maybe something like I
23  received email from a co-worker about
24  analysis request, but the one I realize it
25  takes time, it cannot be answered right

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 5 of 19
NEKTAR THERAPEUTICS vs ELI LILLY                Confidential                    Danni Yu
                                                                            May 01, 2025

75

1   because we don't have that in front of us,
2   right?
3        A.   I don't recall and, yes, because
4   no more information on the screen here.
5   And typically, I don't pay much attention
6   to team chat because it's only useful for
7   very short period and we maintain emails
8   and we maintain shared documents -- sign,
9   e-sign the documents.
10       Q.   Your testimony is that you don't
11  pay a lot of attention to chats?
12            MR. BATTER:  Objection.
13       A.   My point is because I know the
14  chat doesn't stay long, so I don't keep
15  chat as an important -- to the place to
16  attach memory long time, because I don't
17  put important information in chat.
18       Q.   You put everything that you put
19  in a Teams chat in an email?
20            MR. BATTER:  Objection.
21       A.   For important information, we
22  document it in email through communication
23  and also we document it at Nektar.  IT
24  maintain the folders.
25       Q.   Wouldn't you agree that

77

1    A.    I would consider that as a quick
2    message.  But the important information is
3    in my email box.
4         Q.    Would you expect one of your
5    co-workers to send you a message in Teams
6    about something important?
7         A.    If it's important, they must send
8    me email as a documentation.
9         Q.    So my question is, if Jenny is
10   sending you an email -- I'm sorry, strike
11   that.
12              Because Jenny is sending you a
13   message about signing the protocol through
14   chat, that's not important?  That's your
15   testimony?
16              MR. BATTER:  Objection.
17        A.    I mean, signing the protocol is
18   important.  So I received the email
19   request to sign the protocol.  So signing
20   protocol is important.  So it was sent by
21   email.  Jenny is just double assure I can
22   respond as soon as quickly -- I mean
23   quickly, yes.
24        Q.    So important things can be sent
25   both in chat and in email, right?

78

1       A.    No, no fair.  Important message

2    must be sent by email.  As a plus, people

3    may use Teams chat to remind you for

4    important message.  But important message

5    must be in email.

6       Q.    But an important message can also

7    appear in a chat, you would agree?

8             MR. BATTER:  Objection.

9       A.    It depends on the definition.  So

10   reminding -- so the purpose for team chat

11   is to push me, do it quickly.  So pushing

12   me do it quickly may not be important.

13   But finalizing protocol is important.  So

14   finalizing protocol is important in email.

15      Q.    And finalizing the protocol was

16   important enough to send you a reminder in

17   chat, correct?

18            MR. BATTER:  Objection.

19      A.    Here's the point.  When we define

20   important, so if you do -- if you don't do

21   that, the result will be different.

22   That's important.

23            So we must send important message

24   in email to document.  That's important.

25            Come back.  If Jenny doesn't send

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 8 of 19
NEKTAR THERAPEUTICS vs
ELI LILLY
Confidential
Danni Yu
May 01, 2025

108

1   documents, all the data and SAS code, all
2   related information as I know for -- yeah,
3   for this instruction, based on the
4   instruction.
5       Q.   What steps did you take to keep
6   all of those documents that you just
7   described?  How did you save them?
8       A.   So not much changed before or
9   after because it's a typical standard to
10  keep the data in the same -- like for us,
11  like if we get data, we put it into data
12  folder, we name it the data.  And if a
13  document, we put in a DOC folder and
14  program.
15           So we have a very clear pipeline
16  to put those different type of materials
17  into the designation folders, so -- and
18  plus emails communication, yeah.
19      Q.   Let's scroll back up to the three
20  bullet points that we were looking at
21  earlier.
22           Did you use Teams chat to talk
23  about actions that Lilly took in the
24  development of REZPEG?
25      A.   No.

 1      Q.    Did you use Teams chat to talk
 2   about Lilly didn't do in the development
 3   of REZPEG?
 4      A.    No.
 5      Q.    Did you use Teams chat to talk
 6   about any topics that relate to those
 7   three bullet points?
 8      A.    I believe I didn't.  So your
 9   question is about did I talk about these
10   three items in Teams chat, right?  That
11   was your question?
12      Q.    Correct.  My question was did you
13   talk about anything that could relate to
14   those topics in Teams chat.
15      A.    Okay.  No.  The answer is no.
16           MR. BATTER:  Carolyn, I don't
17      know if you had stepped away during
18      our last break, but Dr. Yu had
19      notified us that she has a hard stop
20      at 4:30.  That seemed to be in line of
21      your estimate of when you'd finish,
22      and I need just about 10 minutes.  So
23      I just wanted to let you know that
24      well in advance.
25           MS. WELTMAN:  All right.  Let's

Case 3:23-cv-03943-JD  Document 187-4  Filed 05/15/25  Page 10 of 19
NEKTAR THERAPEUTICS vs ELI LILLY    Confidential    Danni Yu
May 01, 2025

138

1   you to see if you were complying with the
2   preservation obligation?
3          MR. BATTER:  Objection.
4       A.    I don't know.
5       Q.    Have you ever been informed that
6   you were not in compliance with the
7   preservation obligation?
8       A.    No.
9          MS. WELTMAN:  I think that's it
10         for my questions for now.  I can pass
11         the witness.
12  EXAMINATION BY
13  MR. BATTER:
14      Q.    So, Dr. Yu, I have about five
15  minutes.  I understand it's 4:31.  Are you
16  able to stick around for just five
17  minutes?
18      A.    Yes, yes.  Thank you.  Thank you.
19      Q.    Perfect.  I'll dive right in
20  without a break.
21         What do you typically use Teams
22  chats for, Dr. Yu?
23      A.    Only for very short message, very
24  short, not important, very short, not
25  important message.  For like procedure,

1   administration, quickly share document
2   locations and maybe answer very quick,
3   not -- answer quick questions which is not
4   important enough to be documented right
5   away because dynamics change.
6           And also -- yeah, so as I
7   summarize, so maybe administration quick
8   message and also procedure, short answer
9   for folder location or file locations, and
10  quick answer for simple questions which
11  are not important to be -- which would not
12  need to be documented, yeah.
13      Q.   And the Teams chats that you
14  received from others at Nektar, are they
15  of the same type of chats that you send?
16      A.   They typically have the same
17  way -- based on my observation, they
18  typically use the same approach as I did,
19  like asking for the location for file,
20  push for a quick response, and reminder,
21  and administrative, like a procedure, like
22  they need to jump off -- yeah, very
23  similar approach.
24      Q.   And during your testimony with
25  Lilly's attorney, you gave a few examples,

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 12 of 19
NEKTAR THERAPEUTICS vs ELI LILLY
Confidential
Danni Yu
May 01, 2025

140

1  things like I will be there soon to a
2  meeting, I have to drop from this call,
3  and I'm busy, I'll review your email and
4  get back to you later.
5         Do you recall that?
6     A.   Yes.
7         MS. WELTMAN:  Objection.  Form.
8     Q.   Was your answer yes, Dr. Yu?
9     A.   Yes.
10    Q.   And are those typical types of
11 messages you send for Teams chats?
12        MS. WELTMAN:  Objection.  Form.
13    A.   Typical, yes.
14    Q.   Now, you had mentioned in your
15 testimony earlier that you were aware that
16 Teams chats were deleting after
17 approximately 24 hours?
18    A.   I -- yes, I know.
19    Q.   Did that change or impact in any
20 way the way that you used Teams chats?
21        MS. WELTMAN:  Objection.
22    A.   So do you mean that after a
23 couple of month ago team chats to be
24 maintained longer than 24 hours, this
25 change -- whether this change impact my

1  daily work?
2      Q.   No.  I'll be more clear, and
3  thank you for your question.
4           I'm talking about the time period
5  when Teams chats were preserved for only
6  24 hours.
7      A.   Uh-huh.
8      Q.   Did your awareness that they were
9  only available for 24 hours impact the way
10 in which you used Teams chats?
11          MS. WELTMAN:  Objection.
12     A.   Yes, because it only keeps 24
13 hours.  We don't put -- information need
14 to be preserved there.  We must put a
15 document to where, like team folders, like
16 emails.  That can be preserved.  Because
17 we know it's only 24 hours, there's no way
18 to preserve.  So I don't chat about
19 information that needs to be preserved.
20     Q.   If you're not using Teams chats
21 to perform the core function of your work
22 at Nektar, what applications or tools do
23 you use to perform the core function of
24 your work?
25          MS. WELTMAN:  Objection to form.

142

1       A.      Yeah, I use emails for
2    communication because I was told emails
3    are preserved automatically by IT.  So
4    it's safe to use email.
5            And also I use folder, shared
6    folders, like at OneDrive -- like OneDrive
7    folders or Teams folders.
8       Q.      And is it your understanding that
9    the emails you just referred to and the
10   Teams folders and documents, that those
11   are preserved at Nektar forever?
12           MS. WELTMAN:  Objection.
13      A.      I understand, yes.
14      Q.      After Lilly terminated the
15   collaboration agreement in April 2023,
16   have you used Teams chats to communicate
17   about the collaboration agreement?
18           MS. WELTMAN:  Objection.
19      A.      No.
20      Q.      After Lilly terminated the
21   collaboration agreement, have you used
22   Teams chats to comment on the work that
23   Lilly performed under that agreement?
24           MS. WELTMAN:  Objection.
25      A.      I did not comment their perform.

143

1    I did not.
2       Q.   And after Nektar sued Lilly in
3    August 2023, have you used Teams chats to
4    communicate about the lawsuit or the
5    claims in the lawsuit?
6       A.   I did not communicate about the
7    lawsuit in Teams chat, no.
8       Q.   Earlier you testified about the
9    document preservation notice you signed.
10           Do you recall that?
11      A.   I need to preserve -- yeah, I
12   need to preserve, yes.
13      Q.   And you recall that notice
14   referred to documents "relating to the
15   dispute with Lilly"?
16           Do you recall that language?
17      A.   I remember, yes.
18           MS. WELTMAN:  Objection to form.
19      Q.   You said yes, you recall that
20   language from the preservation notice?
21      A.   Related to the lawsuit here.
22      Q.   That said relating to the
23   dispute.
24           Do you recall that?
25      A.   In the document I signed on June

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 16 of 19
NEKTAR THERAPEUTICS vs
ELI LILLY                          Confidential
Danni Yu
May 01, 2025

144

1    13th?
2        Q.    Correct.
3              Why don't we try to put that on
4    the screen quickly.  I'm trying to save
5    Dr. Yu's time, but it's Exhibit 1427.
6              And Dr. Yu, I anticipate I have
7    two more minutes with you, max.
8        A.    Thank you very much.  Thank you.
9    I really feel very grateful.  Thank you,
10   both Carolyn and Kyle.  Thank you.
11       Q.    Of course.
12             If you scroll down to the second
13   paragraph that begins "Immediately," do
14   you see in the middle of the second line
15   it says:  Relating to the dispute?
16             Do you see that Dr. Yu?
17       A.    I read -- yeah, I see the word:
18   Relating to the dispute.
19       Q.    Okay.  We can take this document
20   away.
21             Dr. Yu, did your Teams chats or
22   do your Teams chats even now relate to the
23   dispute with Lilly?
24             MS. WELTMAN:  Objection.
25       A.    I don't -- no, they are not

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 17 of 19
NEKTAR THERAPEUTICS vs ELI LILLY   Confidential   Danni Yu   May 01, 2025

145

1  related.
2    Q.  I just want to be clear, you're
3  saying "no," not "I don't know"?
4    A.  No, the team chat I used -- I
5  mean -- I mean all the words I put into
6  Teams chat, in my memory, are not related
7  to dispute.
8    Q.  Did you comply with this document
9  preservation notice by not deleting
10 materials related to Nektar's dispute with
11 Lilly?
12    MS. WELTMAN:  Objection.
13    A.  Yes, I have been trying.  I think
14 I have been keeping in my mind to comply,
15 yes.
16    Q.  Did you attend an August 7, 2023
17 meeting where Nektar's general counsel
18 instructed employees not to use Teams
19 chats to communicate about the lawsuit?
20    MS. WELTMAN:  Objection.
21    A.  No, I did not because I was in
22 PTO.
23    Q.  Okay.  So you're aware that the
24 general counsel had that meeting and gave
25 that instruction, but you were not present

146

```
 1   due to PTO?
 2           MS. WELTMAN:  Objection.
 3      A.   I'm aware now.  Now.
 4      Q.   Okay.  And you didn't attend that
 5   meeting because you were on PTO?
 6      A.   I did not attend meeting because
 7   I was in PTO.  The answer is yes.  Yeah, I
 8   did not.
 9      Q.   Even though you were not at the
10   August 7th meeting where Nektar's general
11   counsel gave that instruction, have you
12   worked consistent with that instruction
13   not to use Teams chats to discuss Lilly or
14   the lawsuit?
15           MS. WELTMAN:  Objection.
16      A.   I did not use Teams chat for the
17   lawsuit and I think, from two month ago I
18   have been focusing on our own Nektar
19   status.  So I didn't.  I even didn't touch
20   those Teams -- no, I didn't.  The answer
21   is no.
22           MR. BATTER:  Thank you.  No
23      further questions.  No further
24      questions.
25   FURTHER EXAMINATION
```

Case 3:23-cv-03943-JD   Document 187-4   Filed 05/15/25   Page 19 of 19
NEKTAR THERAPEUTICS vs
ELI LILLY
Confidential
Danni Yu
May 01, 2025

151

1         REPORTER CERTIFICATE

2

3         I, JOAN FERRARA, do hereby

4    certify:

5         That said proceedings were taken

6    at the time and place herein named;

7    and that the transcript is a true

8    record of the testimony as reported by

9    me, a disinterested person, and was

10   thereafter transcribed.

11        I further certify that I am not

12   interested in the outcome of the said

13   action, nor connected with, nor

14   related to any of the parties in said

15   action, nor to their respective

16   counsel.

17        IN WITNESS WHEREOF, I have

18   hereunto set my hand this 4th day of

19   May, 2025.

20

21

22   _____

23        JOAN FERRARA, RMR, FCRR

24

25