# Excerpts from the Deposition of Jennifer Ruddock

# (Filed Under Seal Pursuant to Protective Order)