# Excerpts from the Deposition of Howard Robin

# (Filed Under Seal Pursuant to Protective Order)