# Excerpts from the Deposition of Daniel Skovronsky

# (Filed Under Seal Pursuant to Protective Order)