# **Exhibit A**

Message
___

**From:**   Spencer, Ian in Teams [noreply@email.teams.microsoft.com]
**Sent:**   4/18/2024 1:18:28 PM
**To:**     Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Ian sent a message



# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

IS      **Ian sent a message in chat with Ian + 2**

        Morning ladies, please may I request to take Thursday
        next day as PTO? My apologies for the short notice

        Reply in Teams

Install Microsoft Teams now

        iOS        Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUhvVENDQm9tZ0F3SUJBZ0lUZkFTM1pyNENnc
mlOOENScUJ3UFCTGRtdmpBTkJna3Foa2lHOXcwQkFRc0ZBREJFMFTVJNd0VRWUtDWkltaVpQeUxHUU
JHUllURUJKBKTU1STXdFUVlLQ1pJbWlaUHlMR1FCR1JZRFVMUZNUZNUmd3RmdZRFZRUURFdzlCVFVVZ
1NXNW1jbUVveUtBUBFZ01EVXdIaGNOTWpRd05ERTFNRGd6TkRRMldoY05NalV3TkRFd01EZ3pORFEy
V2ppBc01Tb3dLQVlEVlFRRREV5RmhZM1JwYyJI1aFlteGxMbkJ5YjJRdVpYWWhhV3d1VWhwwamJHGxiblF
1YlhNd2dnRWlNQTBHQ1NxR1NJYjNEUUVCQVFVQUE0SUJEd0F3Z2dFS0FvSUJBUNjUGVJQzM0WW
WRZZ3hmRTNHS2tqVWxXZXxpNXZLdWMvcWkixiRjY3Z3FFZWdOeEVVFSlZHTWNRSkx5MkJaYnY0SDhqwV
Q4NUpnSlJtVzkvTkszOWRSVGc3ZWNRaWVmNEx1V0ZhK0FiOWhodExxcnZxZoelBTS0pLMEZtajA3cEpN
TU5oV2JWRDdibHNVM2JkaGNZU2x6SFJPSWhtQcXYwSmRLT2FBUStsNG5MMcUV
KZUtreW8xNk1KLVWtqRzNVUzNGVklmNlN6cEJBRGlpQlk1tbnhiZ1ImIUjErL2dDbJNYTlplUDJNUVJwa3p
HMzhUIUkVRencwSHYrZHNCVVU3RVFHQ0VmcVBTM2l0YnhZL296d3Y2UVJ4SnVVFNnM0Lzg2NFVqZ
XZ5em5JbEoyOXdBBdnFZNDYxamVvYm5ZVUXlVaFRDelZCZmJCCdnpWWZ0lHYlBwR0lFOUFuTUJBQUdqZ2

# **Exhibit B**



Message
_____

**From:**    Chaudhry, Sohail in Teams [noreply@email.teams.microsoft.com]
**Sent:**    5/30/2024 4:55:57 PM
**To:**      Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Sohail sent a message

# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

 **Sohail sent a message in chat**

feel free to ping if there is anything i can help lookup



Install Microsoft Teams now

 iOS        Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

■■ Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUh2ekNDQnFlZ0F3SUJBZ0lUZndNSTRWU2p2Q
2lFTnZmNnhBQUVBd2ppoVkRBTkJna3Foa2lHOXcwQkFRc0ZBREJFBJFTVJNd0VRWUtDWkltaVpPeUxHUU
JHUllEUjBBKTU1STXdFUVlLQ1pJbWlaUHlMR1FCR1JZRFVFVMUZNUmd3RmdZRFZRUURFdzlCVFVVZ
1NXNW1jbbUVnUTBFZ01ESXdIaGGNOTWpRd05ERTFNRGcwT0RFM1doY05NalV3TkRRFd01EZzBPREUz
V2pBc01Tb3dLQVlEVlFFRREV5RmhZM1JwYjI1aFlteGGxMbkJ5YjJRdVpXXWhhV3d1WVhwamJJHbGxiblF
1YlhNd2dnRWlNQTBHCSqGSib3DQEBAQUAA4IBDwAwggEKAoIBAQCwVBG...

# **Exhibit C**



---

**Message**

---

**From:**   Bacci, Robert in Teams [noreply@email.teams.microsoft.com]
**Sent:**   7/22/2024 11:44:56 PM
**To:**     Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Robert sent a message

## Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

 **Robert sent a message in chat**

Wrapping up a call and will ring you in a few minutes

**Reply in Teams**

Install Microsoft Teams now

 iOS           Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy



eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUhvVENDQm9tZ0F3SUJBZ0lUZkFVaDdFYyQ
k5sUVhUbERRQUFCCU0hzU0RBTkJna3Foa2lHOXcwQkFRc0ZBREJFVJNd0VRWUtDWkltaVpQeQUxHU
UJHUllEUjBBKTU1STXdFUVlLQ1pJbWlaUHlMR1FCR1JZRFFFVMUZNUmd3RmdZRFZRUURFdzlCCVFVV
Z1NXNW1jbUVuVntUBFZ01EVXdIaGGNOTWpRd056RXdNakkxTnpJMldoY05NalV3TnpBMU1qSTFOOekkyv
2pBc01Tb3dLQVlEVlFFVlFRRV5RmhZM1JwYjI1aFlteGdxMbkJ5YjJRdVpXMWhhV3d1VWhwamJHJHGxiblF1
YlhNd2dnRWlNQTBGCQkySXqhcksxlbFJVQQCVkp9dDyGZSZUEFHTkVU2dFS0FvSUJBUURNbXggyTkRzN2h
2Ynk0L2ZHVjJJdnNCMWhvWUFRNEgrWFlySkNoMk1ZbHJkUTc3Uk9UNUxIvL1RlRDwWmxMZEpzY0
NtZExkYW9sK05jb1B3Sys5Kzh3dW51Y0xDdjSFRTBVUHdzRTRrYTJEUTd5WdFwL29haFRHWWd0QQnc
zU1JJ1SGZaakFOK0tmemlValM1MDZ4QXQvakF5Qk1o1oREZsUk84c3phdXZ3Z3MlRad2NMOUpyY2JTN25VOVO
HVIdHVST0lNYXZqcDlwcjBvUzM1c2ordnVCajQ4T2ZqanFEEajZHL2VxMWtsZXVNcUNINIdkxXcjdqM0FT
VVNQNkJ5L25QV3BpQVdVa3dpMMWdGGjaEFsRiswMytaVEE4VUFRRK2ZZN1AwTFRRWDBISkwrWDVaW
HJFaUM3dk9Ub3dXxlaWRTUGlFSExxbnhnNVVGqZzc1UXRyYmdnOGN3bXXo1S2NYTkFnTUJBQUdqZ2dTTa
U1JSUVuakFuQmQmdrckJnRUVBQkdVkzRlFvRUdqdVVVQWlNQW9HQ0NzR0FFUUDdC0E/1CTUFvR0NDc0dBVVV

# **<u>Exhibit D</u>**



Message

**From:**   Gilbert, Jenny in Teams [noreply@email.teams.microsoft.com]
**Sent:**   9/6/2024 1:53:23 PM
**To:**     Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Jenny sent a message

## Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

Jenny sent a message in chat

Hi! I will be in SFO in about an hour.

Reply in Teams

Install Microsoft Teams now

iOS      Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams, Activity > Settings (Gear icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUhvVENDQm9tZ0F3SUJBZ0lUSGdUckEyR05wT
1MrbXRHSkFnQUFCT3NEWVRBTkJna3Foa2lHOXcwQkFRc0ZBREJFTVJNd0VRWUtDWkltaVpQeUxHU
UJHUlllEUjBKBKTU1STXdFUVlLQ1pJbWlaUHlMR1FCR1lZRFFVMUZNd3RmdZRFZRUURFdzlCVFVV
Z1NXNW1jbUVvUnUTBFZ01EWxdIaGNOTWpRd056RXdNVGMxTXpJM1doY05alV3TnpBMU1UYzFNek
kzV2pBc01Tb3dLQVlEVlFRREV5RmhZM1JwYjl1aFlteGxkJ5YjJRdVpXMWhhV3d1WVhwamJHGxibl
F1YlhNd2dnRWlNQTBHQ1NxR1NJYjNEQVVCQVFFQVVJSEd0F3Z2dFS0FvSUJBUURmbVA2bVA1Yn
mFqM3hJMVdZVjZDeTI5cllGQ2ZyZS9YL09qQlJDb3VkWm91aRW5zYlJYZHJQV29CRFMvWlNnS2hyb0Y
3ajlxMkxjjUWMyT1pDa1BpMmJia2lLcXFPV01kZTBLdk12WDk0Zm9uVSorSDArTjZFL0dTbG42TGRnYV
gva3JUcHlsVEpDUnE0b3U4WXhucE9GTkdkbkU96VFN2YVJiVDI4M05FRkR0Q1lSNGlzczdHS2hmSjdyY2
krWjdFU2llM1IYWXUzK21sOU5vMWpzMklOOGlxRUNpQkVhQ0Z0ODdDDN6Q2taWE5qN24wOGhPNlNiiT2t
VS2R1Rnd0U3hXaXhiQVpvUkFndzNFODIzUXUyVXRHcXRBRVpIRXQ0j3YXNlQlhtWEdnb0FLNHdDdEE0
wSDcyMjNaNkpJYUZYd05tTC8yUWlvbkZvZc2pUeGttR2hxY0JTQ2ZOZEFnTUJBQUdqZ2dTaU1JSUVuakFf
uQmdrckJnRUVBWUkzRlFVRUdxQVlNQW9HQ0NzR0FRVUZCd01Dd01CVVVGQndNQ01E

# <u>Exhibit E</u>



Message

**From:** Chaudhry, Sohail in Teams [noreply@email.teams.microsoft.com]
**Sent:** 9/10/2024 8:23:47 AM
**To:** Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Sohail sent a message

# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

**Sohail sent a message in chat with Sohail + 1**

Can you kindly share the link to the working IM slide decks

Reply in Teams

Install Microsoft Teams now

iOS    Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear Icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUh2ekNDQnFlZ0F3SUJBZ0lUZndPWWJvenY5M1
lId2xvNzV3QUVBBNWh1akRBTkJna3Foa2lHOXcwQkFRc0ZBREJFTVJNd0VRWUtDWkltaVpQeQUxHUUJ
HUllEUjBBTU1STXdFUVlLQ1pJbWlaUHlMR1FCR1JZRFFFVMUZNUmd3RmdZRFZRUURFdzlCCVFVVVZ1
NXNW1jbUVVnUTBFZ01ESXdIaGNOTWpwRd056RXdNVGcxTURVeVdoY05NalV3TnpBMU1UZZFNRFV5
V2pBc01Tb3dLQVlEVlFRRRV5RmhZM1JwYzJ1aFlteGxkBkJ5YjJRdVpXXMWhhV3d1WVhwamJHbkxiF
1YlhNd2dnRWlNQTBHQ1NxR1NJYjNEQUVCQVFVQUE0SUJE0F3Z2dFS0FvSUJBUURxQitGUWVmVmW
GFwTjVXemI5S3dVWmmwzUW1ORULJXVG5CWExKZERDSVlzZzRnZnppROTZoOVRqTUJ6UURuNlZoaT
N4YUdOUWVsRElnV11lVFVjS3Bnbm1mTTNNESnJQcVo0dGdJIRzkybHAwWWNoYUpQbWkwa2I0MWs1N
kh0YTRQRW8zZDMrL3hURHdhdWU0VUtxU09TMExKUXE5OFlsYzg5M2tKQ01CsJzltZzZFhd3FoOHQrZk
l1alZ4UXFQUGYxcVRVdHZoaXBVWVWBmeGtjazdFZG1CSVd5QWN6WDRGYkVvQThvWTFzRE16dEN
UVVNsZTlKaT1Lby9VSWxJd0faNFBWaUp6UjFFczQwRGlQYTRpdkZ2VnBBMNkRmOVNCK29hZzB3bzJ
xcHRBZGRXZG22V4ZUt3WXRJVEU3U0RBbitYa3hXZDB2TUJYK3lNcjVRWHp2L3ljEZjZJVzdBNUFuTUJB

# **Exhibit F**



**Message**

**From:** Spencer, Ian in Teams [noreply@email.teams.microsoft.com]
**Sent:** 9/27/2024 5:28:19 PM
**To:** Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Ian sent a message

# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

**IS**    **Ian sent a message in chat**

my apologies, should have cancelled the call for today (NA ClinOps). Sarah is out of the office

Reply in Teams

Install Microsoft Teams now

iOS    Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUhvVENDQm9tZ0F3SUJBZ0lUZkFVDaDFaDYyQ
k5sUVhUbERRRQFCU0hzU0RBTkJna3Foa2lHOXcwQkFRc0ZBREJFMTVJNd0VRWUtDWkltaVpQeeUxHU
UJHUllEUjBKBKTU1STXdFUVlLQ1pJbWlaUHlHMR1FCR1JZRFFVMUZNUmd3RmdZRFZRUURFdzlCVFVV
Z1NXNW1jbUVwUTBFZ01EVXdIaGNOTWpRd056RXdNakkxTnpJMldoY05NalV3TnpBMU1qSTFOOekkyV
2pBc01Tb3dLQVlEVlFRREV5RmhZM1JwYW1JMWFlteGxMbkJ5YjJRdVpXXMWhhV3d1WVhwamJHHGxiblF1
YlhNd2dnRWlNQTBHQ1NxR1NJYjNEUUVCQVFVQUE0SUJEd0F3Z2dFS0FvSUJBUURNbXgyTkRzRzh
2Ynk0L2ZHVjJdnNCMWhvWUFFRNEgrWFlySkNoMk1ZbHJk1UTc3Uk9UB9UNXIvL1RlRDZ3WmxmMZEpzY0
NtZExkYW9sK05jIc1B3Sys5Kzh3dW5IYXhDZVJFRTBVUHdxZTRrYTJJEUTd5WFdQL29haFRHHWWd0Qnc
zU1J1SGZaaakFOK0tnemlValM1MDZ4QXQvakF5Qk1oREZzUk84c3phdXZ3M1RZd2NNMOUpYZ2JTN25VO
HVIdHVST0lNYXZqeDDlwcjJBvUzM1c2ordnVCajQ4T2ZqanFFajZHH2VxMWtsZXZNcUNIIdkxXcjdqM0FT
VVNQNkJ5L25QV3BpQVdVa3a3MwMGJjaEFzRiswMytaVEE4VUFRK2ZZN1AwTFdRTVdEBISkwrWDVaVaW
HJFaUMD3dk9UbWxlaWRRTUGlFSExxbnhnVUFqZZzc1UXRyYm9nOGN3bXo1S2NYTkFnTUJBQUdkqZ2dTa

Nektar00001396803

# Exhibit G

---

Message



**From:**    Norma Cantu in Teams [noreply@email.teams.microsoft.com]
**Sent:**    6/12/2023 5:43:58 PM
**To:**    Jue, Charleen [CJue@nektar.com]
**Subject:**    [EXTERNAL] Norma sent a message

# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

**Norma sent a message in chat**

Are you able to talk?

Reply in Teams

Install Microsoft Teams now

iOS    Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear Icon) > Notifications.

© 2023 Microsoft Corporation. One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUhIekNDQmdlZ0F3SUJBZ0lUZndFVzZBTHN0M
DkvbmhGa0xnQUVBUmJJvQWpBTkJna3Foa2lHOXcwQkFRc0ZBREJFJFTVJNd0VRWUtDWkltaVpPeUxHU
UJHUllEUjBBTU1STXdFUVlMQ1pJbWlaUHlMR1FCR1JZRFVMUZNUmd3RmdZRFZRUURFdzlCVFVVV
Z1NXNW1jbUVnUnUnUTBFZ01ESXdIaGNOTWpNd016QTVNRGd3TURFNVdoY05NalF3TXpBBek1EZ3dNREU1
1V2pBc01Tb3dLQVlVEVlFRREV5RmhZM1JwYjI1aFlteGxybWJkJ5YjJRdVpXMWhhV3d1MWVhwamJHbGxibl
F1YlhNd2dnRWRlNQTBHQ1NxR1NJYjNEUUVCQVFVQUE0SUJEd0F3Z2dFS0FvSUJBUUNvWXd5VVJd
04wVjZaYVENDdWx1VN1VaWFVTZCtFUHFSYWtrZ3p6p6UnkxVlVmcDFmVXR1RFdkD3NUTSthQ0RRNGt
MbzBGMHFVeTNENWJoYT09rYytrbnJCUE14a2p2ZjZjRYUDlVSWlUzmxyT2NPT1VkNUhIT294TUlzNjhxakp
HRjhlUE1mcS9oWHY1eE5nWVpFRm5oclRTNGloVGwrRkIvYTY1NEwrVDAyQm44RU4zK1JMZGxZTW
Uyak02VDZ5ZFl2bmg5RFRrQjVCMTF2V2JFd1RqWGFLbVBLTmxxZDd5emQ3aFlFNk14akdhU3hKZWZ
pandJMU9DRXFvclUyTjZUL3JMcEdRbEtSZZHA5N0phhK3Z1aENCTOTJiM05GWnEwNVdXV005eHpoN3lZc
W53VkRPNFRWVWdyT3BBVUgxSmQ3enFuFuZDFaekZIbGthdnVRbL081SDlXUm02VkFnTUJBQUdqZ2dRZ
01JSUVREFuQmdrckJnRUVBWUkzRIFvRFdqQVlQW9hQ0NzR0FRVUZDd01CVFVFvR0NDd0dBUVV

CONFIDENTIAL – Subject to Protective Order

# Exhibit H



Message

**From:**   Christoph Posautz in Teams [noreply@email.teams.microsoft.com]
**Sent:**   8/22/2023 7:39:30 AM
**To:**     Jue, Charleen [CJue@nektar.com]
**Subject:** [EXTERNAL] Christoph sent a message

# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

**Christoph + 1 sent a message in Nektar_20-214-29_Site Inspection_Austria_Dr. Kehrer**

Opening meeting starting now

**Reply in Teams**

Install Microsoft Teams now

iOS    Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear Icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

**Microsoft**

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCIsIng1YyI6Ik1JSUhIekNDQmdlZ0F3SUJBZ0lUZndFVzZBTHN0M
DkvbmhGa0xnQUVBUmJvQWpBBTkJna3Foa2lIHOXcwQkFRc0ZBREJFJTVJNd0VRWUtDWkltaVpQeUxHHU
UJHUllEUjBBKTU1STXdFUVlLQ1pJbWlaUHlMHIMR1FCR1JZRFFVMUZNUmd3RmdZRFZRUURFdzlCVFUV
Z1NXNW1jbUVVnUTBFZ01ESXdIaGNOVHlpNd016QTVNRGd3TURFNVdoY05NalF3TlXpBek1EZ3dNRUU
1V2pBcBc01Tb3dLQVlEVlFFRREV5RmhZM1JwYjI1aFltcG1MbkJ5YjJRdVpXMWhhV3d1WVhwamJHJhbGxibl
F1YlhNd2dnRWlNQTBHCSqGSIb3DQEBAQUAA4IBDwAwggEKAoIBAQDAeckZIbGthdVRnL081SDlXUm02VkFnTUJBQUdqZ2dRZ
01JSUVIREFuQmdYckJnRUVBBWkrRlFvRUddqQVlNQW9HQ0NzR0FFVUZCQ01xCTUFvR0NDc0dBUVV

# **<u>Exhibit I</u>**

---

Message

**From:** Marcondes, Mario in Teams [noreply@email.teams.microsoft.com]
**Sent:** 3/6/2023 5:46:20 PM
**To:** Evans, Susan [SEvans@nektar.com]
**Subject:** [EXTERNAL] Mario sent a message



# Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

**Mario sent a message in chat**

Are you free for a quick chats?

**Reply in Teams**

Install Microsoft Teams now

iOS    Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams: Activity > Settings (Gear icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

eyJhbGciOiJSUzI1NiIsInR5cCI6IkpXVCJ9.eyJzZW5kZXIiOiJub3JlcGx5QGVtYWlsLnRlYW1zLm1pY3Jvc2
9mdC5jb20iLCJvcmlnaW5hW5hdG9yIjoiODAxNzdlMTYtNGQ2MC00NDA5LWIwOWMtNDllZDg3M2UwOTM
2IiwicmVjaXBpZW50c2NlcmlhbGl6ZWQiOiJbXCJzRXZhbnNAbmVrdGFyLmNvbVwiXSIsImFkYXB0aXZlQ2FyZFNlcmlhbGl6ZWQiOiJ7XCJ0eXBlXCI6XCJBZGFwdGl2ZUNhcmRcIixcImhpZGVPcml naW5hbEJvdHRvbVwiLFwicnRsXCI6ZmFsc2UsXCJ2ZXJzaW9uXCI6XCIxLjBcIixcImJhZGRpbmdcIjpcIm5vbmVcIixcInRoZW1lXCI6XCJkZWZhdWx0XCJ9OiJib3tcI6W3tcI6W3tcInRleHRcIjpcIkxvaXhvVyWRpbmcgdGhlIGxhdGVzdCB
ZXNzNzWdlcy4gSWYgeW91IGRvbid0IHNlZSB0aGVtIGluIDUgc2Vjb25kcywgY2xpY2sgb24gdGhpcyB0by
Bjb252ZXJzYXRpb24uKiB0byB2aWV3I3IGluIFRlYW1zLlwiIFwid3JhcFwiOnRydWUsXCJ0eXBlXCI6XCJU
ZXh0QmxvY2tIn0se1widHlwZVwiOiwiQ29udGFpbmVyXCIsXCJzdHlsZVwiOiwidGVhbXNWFkZXJcIi
xcIml0ZW1zXCI6W3tcInR5cGVcIjpcIkNvbHVtblNldFwiLFwiY29sdW1uc1wiOlt7XCJ0eXBlXCI6XCJDb2x
1bW5cIixcIndpZHRoXCI6XCJzdHJldGNoXCIsXCJpdGVtc1wiOlt7XCJ0eXBlXCI6XCJUZXh0QmxvY2tcIix
cImNvbG9yXCI6XCJ3aGl0ZVwiLFwic2l6ZVwiOlwibGFyZ2VcIixcIndlaWdodFwiOlwiYm9sZGVyXCIsXCJ
0ZXh0XCI6XCJNaWNyb3NvZnQgVGVhbXNcIn1dLFwidmVydGljYWxDb250ZW50QWxpZ25tZW50XCI6

---

    Nektar00001394787

# **Exhibit J**

**"Chaudhry, Sohail" <SChaudhry@nektar.com>**     4/2/2025     10:26 PM

Hi Christie. How are you?

**"Fanton, Christie" <CFanton@nektar.com>**     4/2/2025     10:26 PM

Hi

**"Chaudhry, Sohail" <SChaudhry@nektar.com>**     4/2/2025     10:26 PM

available for a quick chat?

**"Fanton, Christie" <CFanton@nektar.com>**     4/2/2025     10:27 PM

yup!

Nektar00001397882

# Exhibit K

(Filed Under Seal Pursuant
to Protective Order)

# **Exhibit L**

(Filed Under Seal Pursuant

to Protective Order)

# **Exhibit M**

(Filed Under Seal Pursuant
to Protective Order)

# **Exhibit N**

(Filed Under Seal Pursuant
to Protective Order)

# <u>Exhibit O</u>

(Filed Under Seal Pursuant
to Protective Order)

# <u>Exhibit P</u>

(Filed Under Seal Pursuant
to Protective Order)

# <u>Exhibit Q</u>

(Filed Under Seal Pursuant
to Protective Order)

# **Exhibit R**

(Filed Under Seal Pursuant
to Protective Order)

# **<u>Exhibit S</u>**

**Kyle Batter**

| | |
|---|---|
| **From:** | Terteryan, Anna <anna.terteryan@kirkland.com> |
| **Sent:** | Monday, January 8, 2024 6:18 PM |
| **To:** | Kyle Batter; Sarah Cork; Diane Doolittle; Yury Kapgan; David Elihu; Brendan Carroll |
| **Cc:** | Keegan, Christopher W.; Moorman, Ryan; Balassa, Gabor; Bailey, Amelia |
| **Subject:** | Nektar v. Lilly, 23-CV-03943 - Search Terms and Custodians |
| **Attachments:** | 2023-01-08 Lilly Proposed Search Terms.xlsx |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

<mark>**[EXTERNAL EMAIL from anna.terteryan@kirkland.com]**</mark>



Kyle and team,

As discussed on our meet and confer this morning, and as contemplated in the draft ESI protocol that the parties are negotiating, below is Lilly's disclosure of data sources, proposed custodians, and proposed search terms. Lilly's investigation of relevant electronic data sources is continuing, and Lilly reserves the right to amend or supplement the below disclosures should it learn of additional sources of information most likely to contain ESI relating to the subject matter of this litigation.

**Sources.** In addition to email, instant messaging, and local laptop custodial files of the custodians identified below, the following non-custodial sources are most likely to contain responsive information: shared folders/workspaces relevant to REZPEG maintained on Lilly's electronic systems.

**Custodians.** Lilly identifies the following persons whose files are most likely to contain ESI relating to the subject matter of this litigation.

| Custodian | Role(s) |
|---|---|
| Ali Ashrafzadeh | Associate Vice President, Medical Immunology Research; JPT Member |
| Jeremy Huckstep | Director of Strategic Alliances; JPT Member |
| Paul Klekotka | Vice President, Clinical Research, Immunology; JPT Member |
| David Manner | Senior Research Advisor, Statistics |
| David Murray | Executive Director, Immunology New Product Planning |
| Ajay Nirula | Senior Vice President, Immunology Lilly Research Laboratories; JPT Member; JSC Member; IL-2 Conjugate Board Member |

| Lance Pfeifer | Associate Vice President, Immunology Project Management; JPT Member |
| Kathryn Ramseyer | Head of Global Brand Development, Immunology; JPT Member; JSC Member |
| Carsten Schmitz | Executive Medical Director, Early Clinical Development, Immunology |

**Search Terms.** Lilly proposes applying the attached search terms to the custodial files of the above identified custodial and to non-custodial data sources, for the period from July 1, 2017 through August 7, 2023. Lilly reserves the right to amend these terms, including to narrow the applicable date range, to the extent Nektar contends a more limited date range is relevant to particular terms.

Sincerely,

Anna

**Anna Terteryan**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1864

**F** +1 415 439 1500

anna.terteryan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# **Exhibit T**

(Filed Under Seal Pursuant

to Protective Order)