| | |
|---|---|
| Mark C. Holscher (SBN 139582)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700<br>Los Angeles, CA 90071<br>Telephone (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: mark.holscher@kirkland.com<br><br>Christopher W. Keegan (SBN 232045)<br>Anna Terteryan (SBN 300368)<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: chris.keegan@kirkland.com<br>Email: anna.terteryan@kirkland.com<br><br>Gabor Balassa (admitted *pro hac vice*)<br>Ryan Moorman (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: gbalassa@kirkland.com<br>Email: ryan.moorman@kirkland.com<br><br>*Counsel for Defendant and Counter-Claimant*<br>*Eli Lilly and Company* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Diane M. Doolittle (Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>Kyle Batter (Bar No. 301803)<br>kylebatter@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>David M. Elihu (Bar No. 303043)<br>davidelihu@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Counsel for Plaintiff and Counter-Defendant*<br>*Nektar Therapeutics* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>        Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATED TO DISPOSITIVE MOTIONS AND *DAUBERT* MOTIONS**<br><br>Judge:      Hon. James Donato |

Pursuant to Civil Local Rule 7-12, Plaintiff Nektar Therapeutics ("Plaintiff") and Defendant Eli Lilly and Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 11, 2025, this Court entered an Amended Scheduling Order setting the last day to file dispositive motions and *Daubert* motions as May 22, 2025 (ECF No. 148);

WHEREAS, pursuant to Paragraph 31 of this Court's Standing Order for Civil Cases ("Paragraph 31"), the parties anticipate that "voluminous or multiple administrative motions to seal would be filed if normal procedures were followed" for the round of briefing on any dispositive motions and *Daubert* motions;

WHEREAS, Paragraph 31 further encourages parties to indicate in their motions to seal filed concurrently with briefs that a "more fulsome and revised motion to seal will be forthcoming after the completion of briefing" ("Omnibus Sealing Motion");

WHEREAS, pursuant to Paragraph 31, an Omnibus Sealing Motion will supersede any interim sealing motion that would ordinarily accompany the parties' opening briefs, opposition briefs, and reply briefs on dispositive motions and *Daubert* motions, the parties believe that it will be most efficient for the Court, and the parties, to address all sealing issues in Omnibus Sealing Motions to be filed following the initial filing of these materials;

WHEREAS, the parties have conferred and jointly propose, subject to the Court's approval, certain modifications to the Court's procedures for sealing of filings associated with any dispositive motion briefing, or *Daubert* motion briefing, for efficiency and to reduce burden on the Court;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. The parties shall file redacted versions of all dispositive motion briefing and *Daubert* motion briefing, as separate entries on the docket; and

2. The parties shall also contemporaneously file unredacted copies of all documents on the docket provisionally under seal, along with a short interim sealing motion indicating that the reasons sought for sealing will be set forth in an Omnibus Sealing Motion; and

3. The parties shall jointly file Omnibus Sealing Motions covering all dispositive motions briefing and *Daubert* briefing, 30 days after the last reply brief is filed;

4. For briefing on other motions or other filings not specifically referenced in this stipulation that the parties anticipate would involve voluminous or multiple administrative motions to seal if normal procedures were followed, the parties may agree to use the Omnibus Sealing Motion procedure set forth in this stipulation without seeking further authorization from the Court.

DATED: May 19, 2025          Respectfully submitted,

KIRKLAND & ELLIS LLP

*s/ Ryan Moorman*
Ryan Moorman

*Counsel for Defendant and Counter-Claimant Eli Lilly and Company*

DATED: May 19, 2025          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*s/ Yury Kapgan*
Yury Kapgan

*Counsel for Plaintiff and Counter-Defendant Nektar Therapeutics*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I, Ryan Moorman, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Ryan Moorman*
Ryan Moorman

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated_____May 22____, 2025

_____
JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE