| | |
|---|---|
| Mark C. Holscher (SBN 139582)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700<br>Los Angeles, CA 90071<br>Telephone (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: mark.holscher@kirkland.com<br><br>Christopher W. Keegan (SBN 232045)<br>KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: chris.keegan@kirkland.com<br><br>Gabor Balassa (admitted *pro hac vice*)<br>Ryan Moorman (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: gbalassa@kirkland.com<br>Email: ryan.moorman@kirkland.com<br><br>*Counsel for Defendant and Counter-Claimant*<br>*Eli Lilly and Company* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Diane M. Doolittle (Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>Kyle Batter (Bar No. 301803)<br>kylebatter@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>David M. Elihu (Bar No. 303043)<br>davidelihu@quinnemanuel.com<br>Jimmy Bieber (Bar No. 301639)<br>jimmybieber@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Counsel for Plaintiff and Counter-Defendant*<br>*Nektar Therapeutics* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>        Plaintiff/Counter-Defendant,<br><br>    v.<br><br>ELI LILLY & CO.,<br><br>        Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OMNIBUS SEALING MOTION RELATED TO DISPOSITIVE MOTIONS AND *DAUBERT* MOTIONS**<br><br>Judge:        Hon. James Donato |

1  Pursuant to Civil Local Rule 7-12, Plaintiff Nektar Therapeutics ("Plaintiff") and Defendant Eli
2  Lilly and Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree
3  as follows:

4  WHEREAS, pursuant to Paragraph 31 of this Court's Standing Order for Civil Cases ("Paragraph
5  31"), on May 19, 2025, the parties submitted a Stipulation and Proposed Order Related to Sealing
6  Procedures ("Original Stipulation") (ECF No. 191) to consolidate all sealing motions related to the
7  briefing into the Omnibus Sealing Motion, for efficiency and to reduce burden on the Court;

8  WHEREAS, on May 22, 2025, the Court entered an Order approving the Original Stipulation (ECF
9  No. 192), and the parties filed dispositive motions and *Daubert* motions with certain content provisionally
10 under seal consistent with the Court's Order;

11 WHEREAS, under the Original Stipulation, the parties agreed to jointly file the Omnibus Sealing
12 Motion covering all dispositive motions briefing and *Daubert* briefing by 30 days after the conclusion of
13 briefing, which thereby set a deadline of July 28, 2025 to file the Omnibus Sealing Motion covering all
14 briefing;

15 WHEREAS, during the course of the dispositive motion and *Daubert* motion briefing, the parties
16 submitted a total of 24 briefs and 254 exhibits and attachments either in redacted form or provisionally
17 under seal in their entirety;

18 WHEREAS, the parties have been diligently reviewing the 24 briefs and 254 exhibits to ensure
19 the provisionally sealed material conforms with the Court's Standing Order and the applicable legal
20 standards;

21 WHEREAS, given the volume of briefing and exhibits and the coordination required to reach
22 agreement on a joint submission, including a motion and supporting declarations, the parties respectfully
23 request a short extension of 21 days to finalize their submissions on sealing and to file the joint Omnibus
24 Sealing Motion;

25 WHEREAS, the 21 day extension to the Omnibus Sealing Motion deadline will have no impact
26 on other case deadlines or the Court's Scheduling Order;

27 NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as
28 follows:

1. The parties shall jointly file one Omnibus Sealing Motion covering all dispositive motions briefing and *Daubert* briefing, by no later than August 18, 2025.

DATED: July 21, 2025       Respectfully submitted,

KIRKLAND & ELLIS LLP

*s/ Ryan Moorman*
Ryan Moorman

*Counsel for Defendant and Counter-Claimant Eli Lilly and Company*

DATED: July 21, 2025       Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*s/ Jimmy Bieber*
Jimmy Bieber

*Counsel for Plaintiff and Counter-Defendant Nektar Therapeutics*

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)

I, Ryan Moorman, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Ryan Moorman
Ryan Moorman

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated    July 25    , 2025

_____
JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE