Mark C. Holscher, P.C. (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>        Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**DECLARATION OF RYAN J. MOORMAN IN SUPPORT OF LILLY'S MOTIONS *IN LIMINE***<br><br>Judge:      Hon. James Donato |

I, Ryan J. Moorman, hereby declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendant Eli Lilly and Company ("Lilly") in the above-captioned action. I am a member in good standing of the Bar of the State of Illinois and have been admitted pro hac vice in this matter.

2. I provide this declaration in support of Lilly's Motions *in Limine*, filed contemporaneously herewith.

3. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to them.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Jennifer Ruddock, dated January 24, 2025, cited in support of Lilly's Motion *in Limine* No. 1.

5. Attached hereto as Exhibit 2 is a true and correct copy of an August 23, 2022 email, as produced by Lilly in discovery bearing the beginning bates number LLY00983750, cited in support of Lilly's Motion *in Limine* No. 2.

6. Attached hereto as Exhibit 3 is a true and correct copy of an October 16, 2022 email chain, as produced by Lilly in discovery bearing the beginning bates number LLY00788687, cited in support of Lilly's Motion *in Limine* No. 2.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Jonathan Zalevsky, dated January 17, 2025, cited in support of Lilly's Motion *in Limine* No. 4.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Howard Robin, dated January 22, 2025, cited in support of Lilly's Motion *in Limine* No. 4.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 25, 2025 in Chicago, Illinois.

                                              *s/ Ryan J. Moorman, P.C.*
                                              Ryan J. Moorman, P.C.

# Exhibit 1
# (Submitted Under Seal)

# Exhibit 2
# (Submitted Under Seal)

# Exhibit 3
# (Submitted Under Seal)

# Exhibit 4
# (Submitted Under Seal)

# Exhibit 5
# (Submitted Under Seal)