Case 3:23-cv-03943-JD     Document 283     Filed 09/25/25     Page 1 of 3
Mark C. Holscher, P.C. (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>    Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**DEFENDANT ELI LILLY AND COMPANY'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:    Hon. James Donato |

1. Pursuant to Civil Local Rules 7-11 and 79-5, Paragraph 31 of this Court's Standing Order for Civil Cases, and the Stipulation and Order Modifying Sealing Procedures Related to Dispositive Motions and Daubert Motions (the "Stipulation and Order") entered by the Court on May 22, 2025 (Dkt. 192), Defendant Eli Lilly and Company ("Lilly") hereby submits this Interim Administrative Motion to file under seal the unredacted versions of Lilly's Motions *in Limine*, a subset of Exhibits 1-5 to the corresponding Declaration of Ryan Moorman in their entirety, unredacted versions of select Nektar Oppositions to Lilly's Motions *in Limine*, and a subset of Exhibits 1-18 to the corresponding declaration of Jimmy Bieber in their entirety.

2. The parties anticipate that following the Court's ordinary procedures would require voluminous sealing motions related to the parties' Motions *in Limine*, their respective oppositions and exhibits filed in support, and other pre-trial filings made on this day, September 25, 2025. Pursuant to Paragraph 31 of this Court's Standing Order and as set forth in the Stipulation and Order (Dkt. 192), the Parties therefore intend to file a single, more fulsome sealing motion ("Omnibus Sealing Motion") covering the pretrial filings submitted under seal on September 25, 2025. To facilitate the process of submitting an Omnibus Sealing Motion and to reduce the burden on both the Court and the Parties, Lilly respectfully requests that the documents filed provisionally under seal herewith be maintained under seal pending a decision by the Court on the parties' forthcoming Omnibus Sealing Motion, to be filed no later than thirty days after the conclusion of trial.

1 | DATED: September 25, 2025

Respectfully submitted,

*s/ Ryan J. Moorman, P.C.*

Mark C. Holscher, P.C. (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*