
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
  Suong Nguyen (Bar No. 237577)
  suongnguyen@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  David M. Elihu (Bar No. 303043)
  davidelihu@quinnemanuel.com
  Jimmy Bieber (Bar No. 301639)
  jimmybieber@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

*Attorneys for Plaintiff Nektar Therapeutics*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>    Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**PLAINTIFF NEKTAR THERAPEUTICS' INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:    Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5, Paragraph 31 of this Court's Standing Order for Civil Cases, and the Stipulation and Order Modifying Sealing Procedures Related to Dispositive Motions and Daubert Motions (the "Stipulation and Order") entered by the Court on May 22, 2025 (Dkt. 192), Plaintiff Nektar Therapeutics ("Nektar") hereby submits this Interim Administrative Motion to file under seal the unredacted version of the Parties' Joint Pretrial Statement.

The Parties anticipate that following the Court's ordinary procedures would require voluminous sealing motions related to the Parties' pretrial statement and other pre-trial filings made on this day, September 25, 2025. Pursuant to Paragraph 31 of this Court's Standing Order and as set forth in the Stipulation and Order (Dkt. 192), the Parties therefore intend to file a single, more fulsome sealing motion ("Omnibus Sealing Motion") covering the pretrial filings submitted under seal on September 25, 2025. To facilitate the process of submitting an Omnibus Sealing Motion and to reduce the burden on both the Court and the Parties, Nektar respectfully requests that the documents filed provisionally under seal herewith be maintained under seal pending a decision by the Court on the Parties' forthcoming Omnibus Sealing Motion, to be filed no later than thirty days after the conclusion of trial.

DATED:  September 25, 2025                                    Respectfully submitted,

 */s/ Yury Kapgan*
Yury Kapgan

*Attorney for Plaintiff Nektar Therapeutics*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, John ("Mickey") McCauley, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By */s/ John McCauley*
John McCauley