Mark C. Holscher (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Christopher W. Keegan (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com

Gabor Balassa (admitted *pro hac vice*)
Ryan Moorman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>                    Plaintiff/Counter-Defendant,<br><br>        v.<br><br>ELI LILLY & CO.,<br><br>                    Defendant/Counter-Claimant. | CASE NO. 3:23-CV-03943-JD<br><br>**[PROPOSED] ORDER GRANTING ELI LILLY AND COMPANY'S MOTION TO VOLUNTARILY DISMISS ITS COUNTERCLAIMS FOR BREACH OF CONTRACT AND DEFAMATION WITH PREJUDICE**<br><br>Judge:          Hon. James Donato<br>Hearing Date:  October 9, 2025<br>Time:           1:30 p.m. PT<br>Courtroom:     11, 19th Floor |

Before the Court is Defendant Eli Lilly and Company's ("Lilly") Motion to Voluntarily Dismiss its Counterclaims for breach of contract and defamation with prejudice (the "Motion"). The Court, having considered the Motion and/or any submissions or oral argument in connection with the Motion, finding good cause, hereby ORDERS as follows:

1. Lilly's Motion is GRANTED; and

2. Lilly's Counterclaims (ECF No. 54 ¶¶ 86-103) are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____October 7_____, 2025

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE