# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  December 11, 2025　　　　　　　　　　　　　　Judge:  Hon. James Donato

Time:  11 Minutes

Case No.     **3:23-cv-03943-JD**
Case Name    **Nektar Therapeutics v. Eli Lilly & Co**

Attorney(s) for Plaintiff(s):     Yury Kapgan/Jimmy Bieber
Attorney(s) for Defendant(s):    Ryan Moorman/Diana Watral

Deputy Clerk:  Lisa R. Clark　　　　　　　　　Court Reporter:  Stephen Franklin

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

For defendant Eli Lilly's discovery letter, Dkt. No. 250, Nektar will produce by January 23, 2026:  (1) the unblinded Rezpeg data; (2) presentations of the unblinded data to key opinion leaders, and minutes of any meetings about the presentations; and (3) documents about the unblinded data hosted by its Chief Medical Officer, Chief Scientific Officer, and Chief Executive Officer, for a period of one week before and three weeks after the data was unblinded.

The Court declines to issue an order at this time with respect to the chat discovery dispute letters, Dkt. Nos. 141, 151.  The issue may be raised as warranted in pre-trial filings.

The Court will set a trial date.