QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
  Suong Nguyen (Bar No. 237577)
  suongnguyen@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  David M. Elihu (Bar No. 303043)
  davidelihu@quinnemanuel.com
  Jimmy Bieber (Bar No. 301639)
  jimmybieber@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Attorneys for Plaintiff Nektar Therapeutics

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>           Plaintiff,<br><br>    vs.<br><br>ELI LILLY & CO.,<br><br>           Defendant. | CASE NO. 3:23-cv-03943-JD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1       Pursuant to N.D. Cal. Local Rule 79-5(f), Plaintiff Nektar Therapeutics ("Nektar") hereby files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

      Nektar filed a redacted version of a discovery dispute letter (the "Letter") in this matter on January 21, 2026 (ECF No. 302). Nektar redacted from the Letter certain characterizations and quotations from testimony and documents produced by Defendant Eli Lilly and Company ("Redactions"), which Lilly has designated "Confidential" or "Highly Confidential" pursuant to the Protective Order in this action. *See* ECF No. 302 (Letter); ECF No. 39-1 (Protective Order). Attached hereto is an unredacted version of Nektar's Letter, which reflects the Redactions in highlight. Nektar takes no position on whether, or to what extent, the Redactions warrant sealing nor what portions of the Letter should be made available to the public, but files this motion to comply with Local Rule 79-5.

DATED:  January 21, 2026      Respectfully submitted,

      QUINN EMANUEL URQUHART & SULLIVAN, LLP

      */s/ Yury Kapgan*
      Yury Kapgan
      Attorney for Plaintiff Nektar Therapeutics

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, John ("Mickey") McCauley, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

By  */s/ John McCauley*
John McCauley