QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
  Suong Nguyen (Bar No. 237577)
  suongnguyen@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  David M. Elihu (Bar No. 303043)
  davidelihu@quinnemanuel.com
  Jimmy Bieber (Bar No. 301639)
  jimmybieber@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Attorneys for Plaintiff Nektar Therapeutics

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>             Plaintiff,<br><br>      vs.<br><br>ELI LILLY & CO.,<br><br>             Defendant. | CASE NO. 3:23-cv-03943-JD<br><br>**[PROPOSED] ORDER CONCERNING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

On January 21, 2026, Plaintiff Nektar Therapeutics ("Nektar") filed an Administrative Motion pursuant to N.D. Cal. Local Rule 79-5(f) to Consider Whether Another Party's Material Should Be Sealed. Having considered the Motion, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is _____.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Honorable James Donato
United States District Judge