Mark C. Holscher, P.C. (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI LILLY & CO.,<br><br>    Defendant. | CASE NO. 3:23-CV-03943-JD<br><br>**[PROPOSED] ORDER CONCERNING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:        Hon. James Donato |

## **[PROPOSED] ORDER**

On February 19, 2026, Defendant Eli Lilly and Company ("Lilly") filed an Administrative Motion pursuant to N.D. Cal. Local Rule 79-5(f) to Consider Whether Another Party's Material Should Be Sealed. Having considered the Motion, and for good cause shown, **IT IS HEREBY ORDERED**, that the Motion is _____.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE