Mark C. Holscher, P.C. (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>     Plaintiff,<br><br>  v.<br><br>ELI LILLY & CO.,<br><br>     Defendant. | CASE NO. 3:23-CV-03943-JD<br><br>**DEFENDANT ELI LILLY AND COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:     Hon. James Donato |

Pursuant to Local Rule 79-5(e), the Joint Omnibus Motion to Seal Materials Submitted in Connection with Motion for Summary Judgment and *Daubert* Briefing (ECF 249) (the "Omnibus Sealing Motion"), and the Court's Order granting the Omnibus Sealing Motion (ECF 256), Defendant Eli Lilly and Company ("Lilly") hereby files this Administrative Motion to File Under Seal portions of its Supplemental Statement in Support of Motion for Summary Judgment (ECF 319) ("Supplemental Statement").

Lilly filed a redacted version of its Supplemental Statement in this matter on April 6, 2026 (ECF 319). Lilly redacted from the Supplemental Statement an excerpt from an exhibit previously submitted during Summary Judgment and *Daubert* briefing which Lilly has designated "Confidential" pursuant to the Protective Order in this action, and which Lilly has already moved to seal under Local Rule 79-5 as part of the Omnibus Sealing Motion. (*See* Moorman Decl. ¶¶ 4-5; s*ee also* ECF 319, (Supplemental Statement); ECF 39-1 (Protective Order); ECF 249 (Omnibus Sealing Motion); and ECF 249-85 (Declaration of Gerrard, Ex. C to Joint Sealing Motion).)

Attached hereto is an unredacted version of Lilly's Supplemental Statement. The Court has previously granted Lilly's request to maintain this same material under seal (ECF 256). In the interest of judicial efficiency, Lilly respectfully requests that the Court grant this motion and maintain these portions of its Supplemental Statement in Support of Motion for Summary Judgment under seal, consistent with the legal standards and evidentiary support already articulated in the Omnibus Sealing Motion.

DATED:  April 6, 2026                    Respectfully submitted,

                                        *s/ Ryan Moorman*
                                        Mark C. Holscher, P.C. (SBN 139582)
                                        KIRKLAND & ELLIS LLP
                                        555 South Flower Street, Suite 3700
                                        Los Angeles, CA 90071
                                        Telephone: (213) 680-8400
                                        Facsimile: (213) 680-8500
                                        Email: mark.holscher@kirkland.com

                                        Emma Scott (SBN 352078)
                                        KIRKLAND & ELLIS LLP
                                        555 California Street, Suite 2700
                                        San Francisco, CA 94104
                                        Telephone: (415) 439-1400
                                        Facsimile: (415) 439-1500
                                        Email: emma.scott@kirkland.com

                                        Diana M. Watral, P.C. (admitted *pro hac vice*)
                                        Gabor Balassa, P.C. (admitted *pro hac vice*)
                                        Ryan J. Moorman, P.C. (admitted *pro hac vice*)
                                        KIRKLAND & ELLIS LLP
                                        333 West Wolf Point Plaza
                                        Chicago, IL 60654
                                        Telephone: (312) 862-2000
                                        Facsimile: (312) 862-2200
                                        Email: diana.watral@kirkland.com
                                        Email: gbalassa@kirkland.com
                                        Email: ryan.moorman@kirkland.com

                                        *Counsel for Defendant Eli Lilly and Company*