Mark C. Holscher, P.C. (SBN 139582)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: mark.holscher@kirkland.com

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEKTAR THERAPEUTICS, | CASE NO. 3:23-CV-03943-JD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| ELI LILLY & CO., | Judge:        Hon. James Donato |
| Defendant. | |

[PROPOSED] ORDER GRANTING                                    Case No. 3:23-CV-03943-JD
ADMINISTRATIVE MOTION TO SEAL

**[PROPOSED] ORDER**

On April 6, 2026, Defendant Eli Lilly and Company ("Lilly") filed an Administrative Motion to File Under Seal pursuant to N.D. Cal. Local Rule 79-5 (the "Motion").

Concurrently with the Motion, Ryan Moorman filed a declaration on behalf of Lilly in support of sealing portions of its Supplemental Statement in Support of Motion for Summary Judgment, specifically the excerpt defined in that declaration as "Derived Material" which this Court has already provisionally sealed. *See* ECF 256.

Having considered the Motion, the previously submitted Joint Omnibus Motion to Seal Materials Submitted in Connection with Motion for Summary Judgment and *Daubert* Briefing, and the Declaration of Ryan Moorman and previously submitted Declaration of Jennifer Gerrard, and for good cause shown, **IT IS HEREBY ORDERED**, that the Motion to seal the information below (as outlined in the Moorman Declaration) is **GRANTED**.

| Document | Portion to be Filed Under Seal | Party Claiming Confidentiality | Reason for Sealing | Prior Order Sealing Same Materials |
|---|---|---|---|---|
| Lilly's Supplemental Statement in Support of Motion for Summary Judgment | Pg. 4, ln 19, all text after "reached the point of" | Lilly | Contains non-public contractual terms and conditions; (*See* ECF 249-85, Gerrard Decl., ¶ 9) | ECF 72, 256 |

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE