UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEKTAR THERAPEUTICS        ,

Plaintiff(s),

v.

ELI LILLY & CO.              ,

Defendant(s).

Case No. 3:23-CV-03943-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James F. Hurst _____, an active member in good standing of the bar of Illinois _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Eli Lilly and Company _____ in the above-entitled action. My local co-counsel in this case is Emma Scott _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 352078 _____.

333 W. Wolf Point Plaza, Chicago, IL 60654
MY ADDRESS OF RECORD

555 California St., Suite 2700, SF, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312) 862-5230
MY TELEPHONE # OF RECORD

(415) 439-1400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

james.hurst@kirkland.com
MY EMAIL ADDRESS OF RECORD

emma.scott@kirkland.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6202190 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 _____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2026

James F. Hurst
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James F. Hurst is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/21/2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California