QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Suong Nguyen (Bar No. 237557)
suongnguyen@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

David M. Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
James A. Bieber (Bar No. 301639)
jimmybieber@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Counsel for Plaintiff Nektar Therapeutics*

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
Patrick Weeks (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
Email: diana.watral@kirkland.com
Email: gbalassa@kirkland.com
Email: ryan.moorman@kirkland.com
Email: patrick.weeks@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NEKTAR THERAPEUTICS,

Plaintiff,

vs.

ELI LILLY & CO.,

Defendant.

CASE NO. 3:23-cv-03943-JD

**JOINT WITNESS LIST**

**JOINT WITNESS LIST**

Pursuant to Paragraph 14 of the Court's Standing Order for Civil Jury Trials, Plaintiff Nektar Therapeutics and Defendant Eli Lilly and Company hereby identify the following witnesses who they intend to call at trial via live or deposition testimony, other than solely for impeachment or rebuttal purposes. The parties reserve their right to call, for rebuttal and/or impeachment purposes, any witness identified in their initial disclosures and to modify this disclosure as needed and in accordance with the applicable rules.

| **Plaintiff Nektar Therapeutics' Witness List** | | | |
|---|---|---|---|
| **Witness Name** | **Description of Testimony** | **Anticipated Length of Direct Exam** | **Anticipated Length of Cross Exam** |
| Howard Robin | Mr. Robin is anticipated to testify regarding Nektar's background and its damages claims, Nektar's development of Rezpeg, the terms and performance of Nektar's License Agreement with Lilly, Nektar's and Lilly's clinical trials of Rezpeg, and financial information concerning Rezpeg. | 0.5 hours | 0.5 hours |
| Brian Kotzin | Dr. Kotzin is anticipated to testify regarding Nektar's development of Rezpeg, and Nektar's and Lilly's clinical trials of Rezpeg. | 0.5 hours | 0.5 hours |
| Jonathan Zalevsky | Dr. Zalevsky is anticipated to testify regarding Rezpeg's mechanism and invention, Nektar's development of Rezpeg, and Nektar's and Lilly's clinical trials of Rezpeg. | 0.75 hours | 0.5 hour |
| Lance Pfeifer | Dr. Pfeifer is expected to testify regarding the design, conduct, and statistical analysis of Lilly's clinical trials of Rezpeg and other drugs, and Lilly's standard drug development practices. | 0.5 hours | 0.5 hours |

| | | | |
|---|---|---|---|
| Lorin Sasaki | Ms. Sasaki is anticipated to testify regarding the terms and performance of Nektar's License Agreement with Lilly and Rezpeg financial information. | 0.25 hours | 0.1 hours |
| Carsten Schmitz | Dr. Schmitz is anticipated to testify regarding the design, conduct, and statistical analysis of Lilly's clinical trials of Rezpeg and other drugs, and Lilly's standard development practices. | 1.0 hour | 1.0 hour |
| Mary Tagliaferri | Dr. Tagliaferri is expected to testify regarding Nektar's ongoing development of Rezpeg. | 0.5 hours | 0.25 hours |
| Danni Yu | Dr. Yu is expected to testify regarding Lilly's failure to correctly calculate Rezpeg's efficacy. | 0.25 hours | 0.1 hours |
| Jennifer Ruddock | Ms. Ruddock is anticipated to testify regarding Nektar's Rezpeg development, the terms and performance of Nektar's License Agreement with Lilly, Nektar's and Lilly's clinical trials of Rezpeg, and financial information concerning Rezpeg. | 0.5 hours | 0.5 hours |
| Arash Mostaghimi | Dr. Mostaghimi is anticipated to testify regarding Rezpeg's clinical profile. | 0.75 hours | 0.5 hours |
| Mark Robbins | Dr. Robbins is anticipated to testify regarding Rezpeg's probability of success, regulatory issues involving Lilly's development of Rezpeg, and Lilly's development of other lupus and eczema drugs. | 0.75 hours | 0.5 hours |
| Mohan Rao | Dr. Rao is anticipated to testify regarding Nektar's claim for damages, and commercial factors relevant to assessing commercially reasonable efforts. | 0.75 hours | 0.5 hours |

| | | | |
|---|---|---|---|
| Daniel Skovronsky (Chief Scientific Officer and President, Lilly Research Laboratories) | Nektar will present Dr. Skovronsky's deposition testimony regarding Lilly's normal development practices. | 0.25 hours | 0.75 hours (*Available for live testimony*) [12] |

[1] Lilly objects to Nektar's proposals to play deposition testimony during its case-in-chief from any Lilly witness who is available to testify live at trial as designated above. Lilly has already agreed to make two Lilly employees available to be called live in Nektar's case-in-chief: Dr. Schmitz and Dr. Pfeifer. Lilly has further asked Nektar to narrow the number of witnesses it proposes to call during its case-in-chief so that the parties can narrow the issues and number of witnesses required to prepare for trial. Under settled law, the Court should "preclude [Nektar] from offering the depositions of witnesses who are available to testify live and were not corporate officers, directors, managing agents, or 30(b)(6) designees of [Lilly] when deposed." *Abbott Labs v. Sandoz, Inc.*, 743 F. Supp. 2d 762, 768 (N.D. Ill. 2010); *see also Juarez v. Autozone Stores, Inc.*, 2013 WL 12066127, at *3 (S.D. Cal. Nov. 8, 2013) (courts "deny[] motion[s] to admit videotaped deposition testimony" of available witnesses "under Rule 32(a)[(3)] [where] the moving party fail[s] to make a showing that the deponent was an 'officer, director, or managing agent'"). Lilly is not calling one contractor on Nektar's witness list that lives out of state, and his videotaped deposition can be played to the jury at trial.

[2] Nektar's Response: To stay within its 12-hour time limit, Nektar intends to play targeted deposition testimony for certain Lilly witnesses. Nektar's list includes witnesses it will or may call, and Nektar anticipates limiting its designations before they are submitted to the Court consistent with paragraph 32 of the Standing Order. FRCP 32(a)(3) allows Nektar to use the deposition of "anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6)" for "any purpose." Dr. Skovronsky and Mr. Jonsson are Lilly C-Suite executives, while Drs. Klekotka and Ramseyer were Lilly 30(b)(6) designees. Dkt. 120 (Dr. Skovronsky and Mr. Jonsson are Lilly "Executive Officers"); Dkt. 76 (Drs. Skovronsky, Klekotka, and Ramseyer are "***senior leaders*** at Lilly who were involved in REZPEG development"). The remaining witnesses are Lilly managing agents; each one's title/role, per Lilly's initial disclosures, appears under his or her name above. In assessing managing-agent status, courts weigh the individual's "general powers allowing him to exercise judgment and discretion in corporate matters," willingness to testify at the employer's request, relative authority in the "area regarding which information is sought," and "general responsibilities" with "the matters involved in the litigation." *In re Lithium Ion Batteries Antitrust Litig.*, 2015 WL 5440789, at *5-6 (N.D. Cal. Sept. 15, 2015). The "paramount" and "perhaps … determinative" test is "whether the individual is likely to identify with the interests of the employer rather than the other party." *McCray v. Westrock Servs., LLC*, 2023 WL 4681371, at *3 (C.D. Cal. July 12, 2023). The burden of establishing managing-agent status is "modest," and "all doubts are to be construed in favor of the party seeking to establish the relationship." *Wanke Cascade Distribution Ltd. v. Forbo Flooring, Inc.*, 2017 WL 2403039, at *1 (D. Or. May 4, 2017). Each witness holds or held a high-ranking position at Lilly, was deposed under 30(b)(1) represented by Lilly's counsel, and is being called or offered to testify on Lilly's behalf—which confirms they will "identify with the interests of [Lilly] rather than [Nektar]." *McCray*, 2023 WL 4681371, at *3. Under Rule 32(a)(3), Nektar is entitled to "read [their] whole deposition testimony while [they're] sitting here." *Reflex Media, Inc. v. Successful Match, Inc.* (Case No. 3:20-cv-06393-JD), 8/20/25 Trial Tr. 291:19-21.

| | | | |
|---|---|---|---|
| Patrik Jonsson (President of Lilly USA) | Nektar will present Mr. Jonsson's deposition testimony regarding Lilly's Lebrikizumab acquisition and normal development practices. | 0.25 hours | 0.5 hours (*Available for live testimony*) |
| Paul Klekotka (Vice President, Clinical Research, Immunology, Lilly) | Nektar will present Dr. Klekotka's deposition testimony about Lilly's due diligence into Rezpeg and Lilly's normal clinical trial and development practices. | 0.25 hours | 0.25 hours (*Available for live testimony*) |
| Ajay Nirula (Former Senior Vice President, Immunology, Lilly Research Laboratories, Lilly) | Nektar will present Dr. Nirula's deposition testimony regarding the Nektar-Lilly collaboration and Lilly's normal development practices. | 0.25 hours | 0.75 hours (*Available for live testimony*) |
| Kathryn Ramseyer (Head of Global Brand Development, Immunology, Lilly) | Nektar will present Dr. Ramseyer's deposition testimony regarding the Nektar-Lilly collaboration, Lilly's normal development practices, and Lilly's Rezpeg development. | 0.5 hours | 0.5 hours (*Available for live testimony*) |
| David Murray (Executive Director, Immunology New Product Planning, Lilly) | Nektar will present Mr. Murray's deposition testimony regarding Lilly's development of Rezpeg, and forecasts and market research for Rezpeg and other drugs developed by Lilly. | 0.3 hours | 0.1 hours (*Available for live testimony*) |
| Ali Ashrafzadeh (Associate Vice President, Medical Immunology Research, Lilly) | Dr. Ashrafzadeh is expected to testify by deposition regarding Rezpeg's lupus development and Lilly's perception of Rezpeg's safety. | <0.25 hours | 0.1 hours (*Available for live testimony*) |
| Janice Evans (Senior Advisor, Regulatory, Lilly) | Nektar will present Ms. Evans' deposition testimony regarding Lilly's diligence into Rezpeg, Lilly's solicitation of injection site reactions, and Lilly's development of Rezpeg. | 0.25 hours | 0.1 hours (*Available for live testimony*) |

| | | | |
|---|---|---|---|
| Jeremy Huckstep (Director of Strategic Alliances, Lilly) | Nektar will present Mr. Huckstep's deposition testimony regarding the Nektar and Lilly alliance and Lilly's development of Rezpeg. | <0.25 hours | 0.1 hours (*Available for live testimony*) |
| Joanne Lancaster | Nektar will present Dr. Lancaster's deposition testimony regarding Lilly's policies about injection site reactions and development of drugs that cause such reactions. | 0.25 hours | 0.1 hours |
| David Manner (Senior Research Advisor, Statistics, Lilly) | Nektar will present Dr. Manner's deposition testimony regarding statistical analysis of Rezpeg's clinical trials, Lilly's policies and procedures governing statistical analysis, and Lilly's oversight of PRA. | 0.3 hours | 0.1 hours (*Available for live testimony*) |
| Jodi Rylance | Nektar will present Ms. Rylance's deposition testimony regarding PRA's analysis of data from Rezpeg's clinical trials. | <0.25 hours | 0.1 hours |
| Rodger Taylor (Associate Vice President, Research & Development, Lilly) | Nektar will present Mr. Taylor's deposition testimony regarding Lilly's development of Rezpeg and resource allocation to Rezpeg. | <0.25 hours | 0.1 hours (*Available for live testimony*) |
| Heng Zou | Nektar will present Mr. Zou's deposition testimony regarding statistical analysis of Lilly's clinical trials of Rezpeg, including oversight of PRA. | 0.5 hours | 0.25 hours |

| **Defendant Eli Lilly and Company's Witness List** | | | |
|---|---|---|---|
| **Witness Name** | **Description of Testimony** | **Anticipated Length of Direct Exam** | **Anticipated Length of Cross Exam** |
| Dan Skovronsky | Dr. Skovronsky is anticipated to testify live regarding Lilly's efforts, expertise, and resources devoted to Rezpeg's and other | 0.75 hours (*if not called previously*) | 0.5 hours |

| | | | |
|---|---|---|---|
| | drugs' development; Lilly's internal governance and resource allocation decisions for drugs in development; Rezpeg's safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's strategic development decisions related to Rezpeg and other drugs; Lilly's typical approach to drug development and background on Lilly Research Laboratories; Lilly's acquisition of lebrikizumab; Lilly's commercialization strategies, including differentiation strategies for patients; Lilly's communications with Nektar employees; Lilly's clinical trial design process; and the termination of the License Agreement. Dr. Skovronsky may also offer testimony in rebuttal to testimony of Nektar witnesses. | | |
| Patrik Jonsson | Mr. Jonsson is anticipated to testify live regarding Lilly's efforts, expertise, and resources devoted to Rezpeg's and other drugs' development; Lilly's internal governance and resource allocation decisions for drugs in development; Rezpeg's safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's strategic development decisions related to Rezpeg and other drugs; background on Lilly's immunology business unit; Lilly's acquisition of lebrikizumab; and Lilly's commercialization strategies, including differentiation strategies for patients. Mr. Jonsson may also offer | 0.5 hours (*if not called previously*) | 0.5 hours |

| | | | |
|---|---|---|---|
| | testimony in rebuttal to testimony of Nektar witnesses. | | |
| Paul Klekotka | Dr. Klekotka is anticipated to testify live regarding Lilly's efforts, expertise, and resources devoted to Rezpeg's and other drugs' development; Rezpeg's development in atopic dermatitis, lupus, psoriasis, and ulcerative colitis; the collaboration governance process; Rezpeg's safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's efforts to study and mitigate ISRs on other drugs; Lilly's clinical trial design process; and Lilly's communications with Nektar employees. Dr. Klekotka may also offer testimony in rebuttal to testimony of Nektar witnesses. | 0.5 hours (*if not called previously*) | 0.5 hours |
| Ajay Nirula | Dr. Nirula is anticipated to testify live regarding Lilly and Nektar's pre-execution discussions and negotiations related to the License Agreement; Lilly's evaluation and interest in Rezpeg prior to the collaboration; Lilly's efforts, expertise, and resources devoted to Rezpeg's and other drugs' development; the collaboration governance process, including Joint Steering Committee meetings; Rezpeg's development in atopic dermatitis, lupus, psoriasis, and ulcerative colitis; Rezpeg's safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's strategic development decisions related to Rezpeg and other drugs; Lilly's communications with Nektar | 0.75 hours (*if not called previously*) | 0.5 hours |

| | | | |
|---|---|---|---|
| | employees; Lilly's clinical trial design process; and the termination of the License Agreement. Dr. Nirula may also offer testimony in rebuttal to testimony of Nektar witnesses. | | |
| Kathryn Ramseyer | Dr. Ramseyer is anticipated to testify live regarding Lilly's efforts, expertise, and resources devoted to Rezpeg's development, including efforts to prepare Rezpeg for Lilly's commercial decision process; the collaboration governance process, including Joint Steering Committee meetings; Rezpeg's safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's efforts, expertise, and resources devoted to other drugs in development; Lilly's market research and related analysis; and Lilly's communications with Nektar employees. Dr. Ramseyer may also offer testimony in rebuttal to testimony of Nektar witnesses. | 0.5 hours (*if not called previously*) | 0.5 hours |
| Carsten Schmitz | Dr. Schmitz is anticipated to testify live on Rezpeg's safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's efforts, expertise, and resources devoted to Rezpeg and other drugs in development, including other atopic dermatitis treatments; Lilly's meetings and communications with Nektar employees related to the collaboration; Rezpeg's development in atopic dermatitis, including clinical trial data, trial design, and development strategy. Dr. Schmitz may also offer | 0.75 hours (*if not called previously*) | |

| | | | |
|---|---|---|---|
| | testimony in rebuttal to testimony of Nektar witnesses. | | |
| Lance Pfeifer | Dr. Pfeifer is anticipated to testify on collaboration governance meetings; Lilly and Nektar's meetings during the collaboration; Rezpeg's development strategy, clinical trial design, and execution; Lilly's resources and expertise devoted to Rezpeg; and Lilly's communications with Nektar employees. Dr. Pfeifer may also offer testimony in rebuttal to testimony of Nektar witnesses. | 0.5 hours (*if not called previously*) | |
| James Krueger | Dr. Krueger is anticipated to offer expert opinions regarding Rezpeg's injection site reactions, including their clinical significance, Lilly's efforts to mitigate them, and the effect of ISRs on prescribers' and patients' willingness to use Rezpeg; the atopic dermatitis treatment landscape, the need to differentiate Rezpeg from existing treatments such as Dupixent, and the design, timing, and interim-analysis plan for the Phase 2 atopic dermatitis trial; the relevance of data from Rezpeg's Phase 2 lupus trial to the atopic dermatitis program; and why the Phase 1 calculation errors did not affect Rezpeg's development. In addition, Dr. Krueger will offer testimony in rebuttal to Nektar's witnesses on the subjects above or related topics. | 0.5 hours | 0.5 hours |
| Ed Buthusiem | Mr. Buthusiem is anticipated to offer expert opinions to rebut testimony from Nektar's | 0.5 hours | 0.5 hours |

| | | | |
|---|---|---|---|
| | development expert or other Nektar witnesses regarding industry custom and practice for drug development. Mr. Buthusiem will also testify regarding his analysis of Lilly's typical drug development efforts, processes, and strategies, and Lilly's development of Rezpeg for lupus and atopic dermatitis, including his analysis of how the development of Rezpeg compared to Lilly's development of certain comparable drugs in Lilly's development pipeline. Mr. Buthusiem will also offer rebuttal testimony regarding the probability-of-success assumptions underlying Nektar's analyses. | | |
| Laurentius Marais | Dr. Marais is anticipated to offer expert opinions regarding the opinions, analysis, calculations, and underlying models presented in Dr. Mohan Rao's March 7, 2025 expert report, including to offer his own opinions on the bases and support for Nektar's alleged damages. Dr. Marais will testify regarding economic theories, principles, and literature relevant to the damages alleged in this case. Dr. Marais will also testify regarding his opinions on Dr. Rao's assumptions and methodology to quantify risk, project future revenues, and discount future projections to generate present value calculations of Nektar's alleged damages. Finally, Dr. Marais will testify in rebuttal to Nektar's expert witnesses on the subjects above or related topics. | 0.5 hours | 0.5 hours |
| David Murray | Mr. Murray is anticipated to testify live regarding Rezpeg's | 0.25 hours (*if not called previously*) | 0.25 hours |

| | | | |
|---|---|---|---|
| | safety, efficacy, and tolerability data, including ISRs and Lilly's efforts to mitigate ISRs; Lilly's efforts to study and mitigate ISRs on other drugs; Lilly's strategic development decisions related to Rezpeg and other drugs; Lilly's efforts, expertise, and resources devoted to other drugs in development, including efforts by Lilly's New Product Planning function to develop asset strategy; Lilly's market research and related analysis; and Lilly's communications with Nektar employees. Mr. Murray may also offer testimony in rebuttal to testimony of Nektar witnesses. | | |
| David Kutoloski | Mr. Kutoloski is anticipated to testify live regarding the history of the collaboration between Lilly and Nektar, including business development discussions, contract negotiations, and communications between Lilly and Nektar. Mr. Kutoloski may also offer testimony in rebuttal to testimony of Nektar witnesses. | 0.25 hours | 0.25 hours |
| Mary Tagliaferi | Dr. Tagliaferri is expected to testify regarding Nektar's ongoing clinical trials and development of Rezpeg. | 0.25 hours | 0.25 hours |
| Lisa Decker | The witness is anticipated to testify regarding discussions associated with the initial licensing of Rezpeg and the negotiation, terms, and performance of Nektar's License Agreement with Lilly. | 0.25 hours | 0.25 hours |

DATED: July 23, 2026 QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Yury Kapgan*
Yury Kapgan

*Attorney for Plaintiff Nektar Therapeutics*

DATED: July 23, 2026 KIRKLAND & ELLIS LLP

By */s/ Ryan Moorman*
Ryan Moorman

*Attorney for Defendant Eli Lilly and Company*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Yury Kapgan, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By *_/s/ Yury Kapgan_*
Yury Kapgan