# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  August 6, 2026                                              Judge:  Hon. James Donato

Time: 1 hour & 8 minutes

Case No.:     **3:23-cv-03943-JD**
Case Name:    **Nektar Therapeutics v. Eli Lilly & Co**

Attorney(s) for Plaintiff(s):     Christopher Tayback/Diane Dolittle/Yuri Kapgan/James Bieber/Julia Choe
Attorney(s) for Defendant(s):     Jim Hurst/Diana Watral/Ryan Moorman/Patrick Weeks Landen Haney/Gabor Balassa

Deputy Clerk:  Lisa R. Clark                                       Court Reporter: Ana Dub

### PROCEEDINGS

Pretrial conference -- held.

### NOTES AND ORDERS

A video conference is set for September 3, 2026 at 1:30 p.m. to review written jury questionnaire responses for hardship and conflicts.

The parties are directed to send an email address to the Court's CRD, Lisa Clark, at jdcrd@cand.uscourts.gov, that provides the name and email address of one person per party to receive electronic copies of the questionnaire responses.  The parties are also directed to send a Word copy of the proposed jury instructions at Dkt. Nos. 381, 382, and 383 to the Court's email address at jdpo@cand.uscourts.gov.