# EXHIBIT 1

# Filed Under Seal

# EXHIBIT 2

# Filed Under Seal

# EXHIBIT 3

# Filed Under Seal

# EXHIBIT 4

# Filed Under Seal

# EXHIBIT 5

# Filed Under Seal

# EXHIBIT 6

# Filed Under Seal

# EXHIBIT 7

# Filed Under Seal

# EXHIBIT 8

**Kyle Batter**

| | |
|---|---|
| **From:** | Terteryan, Anna <anna.terteryan@kirkland.com> |
| **Sent:** | Monday, January 8, 2024 6:18 PM |
| **To:** | Kyle Batter; Sarah Cork; Diane Doolittle; Yury Kapgan; David Elihu; Brendan Carroll |
| **Cc:** | Keegan, Christopher W.; Moorman, Ryan; Balassa, Gabor; Bailey, Amelia |
| **Subject:** | Nektar v. Lilly, 23-CV-03943 - Search Terms and Custodians |
| **Attachments:** | 2023-01-08 Lilly Proposed Search Terms.xlsx |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL from anna.terteryan@kirkland.com]**

Kyle and team,

As discussed on our meet and confer this morning, and as contemplated in the draft ESI protocol that the parties are negotiating, below is Lilly's disclosure of data sources, proposed custodians, and proposed search terms. Lilly's investigation of relevant electronic data sources is continuing, and Lilly reserves the right to amend or supplement the below disclosures should it learn of additional sources of information most likely to contain ESI relating to the subject matter of this litigation.

**Sources.** In addition to email, instant messaging, and local laptop custodial files of the custodians identified below, the following non-custodial sources are most likely to contain responsive information: shared folders/workspaces relevant to REZPEG maintained on Lilly's electronic systems.

**Custodians.** Lilly identifies the following persons whose files are most likely to contain ESI relating to the subject matter of this litigation.

| Custodian | Role(s) |
|---|---|
| Ali Ashrafzadeh | Associate Vice President, Medical Immunology Research; JPT Member |
| Jeremy Huckstep | Director of Strategic Alliances; JPT Member |
| Paul Klekotka | Vice President, Clinical Research, Immunology; JPT Member |
| David Manner | Senior Research Advisor, Statistics |
| David Murray | Executive Director, Immunology New Product Planning |
| Ajay Nirula | Senior Vice President, Immunology Lilly Research Laboratories; JPT Member; JSC Member; IL-2 Conjugate Board Member |

| | |
|---|---|
| Lance Pfeifer | Associate Vice President, Immunology Project Management; JPT Member |
| Kathryn Ramseyer | Head of Global Brand Development, Immunology; JPT Member; JSC Member |
| Carsten Schmitz | Executive Medical Director, Early Clinical Development, Immunology |

**Search Terms.** Lilly proposes applying the attached search terms to the custodial files of the above identified custodial and to non-custodial data sources, for the period from July 1, 2017 through August 7, 2023. Lilly reserves the right to amend these terms, including to narrow the applicable date range, to the extent Nektar contends a more limited date range is relevant to particular terms.

Sincerely,

Anna

**Anna Terteryan**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1864

**F** +1 415 439 1500

anna.terteryan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.