quinn emanuel trial lawyers
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

August 27, 2026

Honorable Judge James Donato
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re: *Nektar Therapeutics v. Eli Lilly and Company*, 23-cv-3943-JD (N.D. Cal.)

Dear Judge Donato:

Lilly's letter brief regarding Nektar's witness list (Dkt. 408) is both inaccurate and moot. In its exhibit list filing and in updates last week and this morning, Nektar provided Lilly with witness information roughly two weeks before any Lilly witnesses are scheduled to appear in court—significantly more notice than the Court's one-and-a-half-day business rule. (*See* 8/6/26 Hearing Tr. 35:17-18 ("THE COURT: I normally have disclosures of witnesses a day and a half before they're called.").) Nektar's updates—disclosing the three Lilly witnesses it will call live—resolve any travel coordination issues Lilly is now attempting to manufacture.

Further, two of the Lilly witnesses that will be called via deposition for 15 minutes each (Janice Evans and Jeremy Huckstep) do not appear on Lilly's witness list. (*See* Dkt. 359.) Thus, they do not fall under the Court's one-witness rule. Yet Lilly is now taking the position that if Nektar wishes to use their depositions, they must appear live in Nektar's case. Whatever Lilly's motive, what it is proposing is improper. The Court set clear witness list disclosure dates, and Lilly did not disclose these witnesses. (*See* Dkt. 313 (setting pretrial conference for August 8); Donato Standing Ord. on Civ. Jury Trials ¶¶ 2, 14 (requiring the filing of witness lists 14 days before the pretrial conference).) For these two witnesses, Lilly should be limited to introducing rule-of-completeness deposition testimony under Rule 32(a)(6).

Very truly yours,

*/s/ Yury Kapgan*

Yury Kapgan
*Attorneys for Plaintiff Nektar Therapeutics*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I, John ("Mickey") McCauley, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *<u>/s/ John ("Mickey") McCauley</u>*
John ("Mickey") McCauley