## Mickey McCauley

**From:** Weeks, Patrick <patrick.weeks@kirkland.com>
**Sent:** Friday, July 3, 2026 6:15 AM
**To:** Jimmy Bieber; Moorman, Ryan
**Cc:** Julia Choe; Mickey McCauley; Mueller, Greg
**Subject:** RE: Pretrial Exchanges
**Attachments:** RE: Lilly v. Nektar - Exhibit List Omissions; 2025-10-06 Amended Joint Exhibit List(140229592.1).xlsx; 2025-10-06 Amended Disputed Exhibit List(140229591.1).xlsx

**[EXTERNAL EMAIL from patrick.weeks@kirkland.com]**

---

Jimmy – Thank you for putting these proposals together. Please see below for our responses and a handful of questions.

In addition to the schedule below, at our June 23, 2026 conference, we had discussed that the parties should align on the general format or agreed limitations to the expert witness submissions due to the Court on July 20. Please let us know if Nektar has a proposal on those submissions.

| Proposed Deadline | Event | Lilly Feedback |
|---|---|---|
| 7/3/26 | Nektar to provide Lilly updated Exhibit Lists | **Agree. Please ensure Nektar is working from the corrected 10/6/2025 exhibit list the parties had prepared to file to correct the inadvertent omission of certain Lilly exhibits prior to the pretrial conference last year (see attached email thread from 10/8/2026 and excel versions of each that we had received from Nektar).** |
| 7/10/26 | Lilly to provide Lilly Exhibit List additions and objections to Nektar's Exhibit List additions | **Agree, subject to Lilly's understanding that Nektar intends to supplement the exhibit list with a reasonable number of exhibits consistent with our discussion last week.**<br><br>**Lilly also proposes that each party be permitted to submit limited additional supplemental exhibits by 7/21/2026.** |

| | | |
|---|---|---|
| 7/14/26 | Parties to exchange updated Witness Lists | **Agree.** |
| 7/14/26 | Parties to meet and confer regarding (updated) Exhibit Lists (per Standing Order) | **Given that the parties are supplementing existing lists, Lilly proposes this meet and confer should occur after the parties exchange all objections on 7/21/2026 so the parties can resolve any outstanding issues. Lilly therefore proposes holding the meet and confer on 7/22/2026** |
| 7/15/26 | Nektar to provide objections to Lilly Exhibit List additions and responses to Lilly objections | **Agree.** |
| 7/15/26 | (Updated) trial subpoenas disclosed | **The parties did not have a designated exchange date for trial subpoenas in our pretrial schedule last year. Could Nektar provide more information about what it proposes for this disclosure date?** |
| 7/21/26 | Lilly to provide responses to Nektar objections to (updated) Exhibit Lists | **Agree.** |
| 7/23/26 | L/D to file pretrial materials: Joint Pretrial Statement, Trial Brief; MILs; Exhibit/Wit Lists; Voir Dire; Jury Instructions | Standing Ord. ¶¶ 2-15 |
| 7/24/26 at 12:00 p.m. | Deliver 2 three-hole punched, double-sided chambers copies of pretrial materials to Court | Standing Ord. ¶ 2. |
| 7/31/26 | Parties to exchange (updated) deposition designations and any other discovery responses that will be offered by any party at trial for any reason other than impeachment or rebuttal | **Agree; the parties have exchanged several rounds of designations and our understanding is that any supplemental designations (or de-designations) should be made to the existing set of designations already exchanged in October 2025.** |
| 8/6/26 at 1:30 p.m. | Pretrial Conference (in person exhibit m/c before this) | Dkt. 313 |

| | | |
|---|---|---|
| | | **Lilly proposes holding the in-person meet and confer on 8/5/2026 in San Francisco** |
| 8/7/26 | Parties to exchange (updated) counter-deposition designations and objections to designations | **Agree.** |
| 8/17/26 | Parties to exchange (updated) counter-counter deposition designations and responses to objections | **Agree.** |
| 8/18/26 | M/C re deposition/discovery designations | Standing Ord. ¶ 32 |
| 8/28/26 | Parties to exchange final (updated) depo designations/final stamped exhibits | **Agree.** |
| 9/3/26 | File (updated) deposition designations and discovery responses and counter designations/objections | Standing Ord. ¶ 32 |
| 9/4/26 | Parties to exchange witness binders (e-binder form) | **Please clarify proposal. Is this referring to Judge Donato's requirement that the parties prepare trial notebooks for jurors? Or something else?** |
| 9/4/26 | Meet/confer re: demonstratives | **Please clarify proposal. Is this for opening demonstratives?** |

**Patrick Weeks**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 3755
**M** +1 312 825 2777

patrick.weeks@kirkland.com

**From:** Jimmy Bieber <jimmybieber@quinnemanuel.com>
**Sent:** Tuesday, June 30, 2026 6:32 PM
**To:** Moorman, Ryan <ryan.moorman@kirkland.com>; Weeks, Patrick <patrick.weeks@kirkland.com>
**Cc:** Julia Choe <juliachoe@quinnemanuel.com>; Mickey McCauley <mickeymccauley@quinnemanuel.com>
**Subject:** Pretrial Exchanges

Ryan and Patrick,

Below is a proposed schedule for pretrial exchanges focusing on the witness list, exhibit lists, and deposition designations. Please let me know if these dates work.

On designations, the parties previously exchanged several sets along with objections/responses. We propose making any designation revisions within the documents the parties previously exchanged last October.

Please also let me know if there are additional KE attorneys you would like me to keep on the pretrial correspondence.

Best,

Jimmy

******

| **Proposed Deadline** | **Event** | **Lilly Feedback** |
|---|---|---|
| 7/3/26 | Nektar to provide Lilly updated Exhibit Lists | |
| 7/10/26 | Lilly to provide Lilly Exhibit List additions and objections to Nektar's Exhibit List additions | |
| 7/14/26 | Parties to exchange updated Witness Lists | |
| 7/14/26 | Parties to meet and confer regarding (updated) Exhibit Lists (per Standing Order) | |
| 7/15/26 | Nektar to provide objections to Lilly Exhibit List additions and responses to Lilly objections | |
| 7/15/26 | (Updated) trial subpoenas disclosed | |
| 7/21/26 | Lilly to provide responses to Nektar objections to (updated) Exhibit Lists | |
| 7/23/26 | L/D to file pretrial materials: Joint Pretrial Statement, Trial Brief; MILs; Exhibit/Wit Lists; Voir Dire; Jury Instructions | Standing Ord. ¶¶ 2-15 |
| 7/24/26 at 12:00 p.m. | Deliver 2 three-hole punched, double-sided chambers copies of pretrial materials to Court | Standing Ord. ¶ 2. |
| 7/31/26 | Parties to exchange (updated) deposition designations and any other discovery responses that will be offered by any party at trial for any reason other than impeachment or rebuttal | |
| 8/6/26 at 1:30 p.m. | Pretrial Conference (in person exhibit m/c before this) | Dkt. 313 |
| 8/7/26 | Parties to exchange (updated) counter-deposition designations and objections to designations | |
| 8/17/26 | Parties to exchange (updated) counter-counter deposition designations and responses to objections | |
| 8/18/26 | M/C re deposition/discovery designations | Standing Ord. ¶ 32 |
| 8/28/26 | Parties to exchange final (updated) depo designations/final stamped exhibits | |
| 9/3/26 | File (updated) deposition designations and discovery responses and counter designations/objections | Standing Ord. ¶ 32 |
| 9/4/26 | Parties to exchange witness binders (e-binder form) | |
| 9/4/26 | Meet/confer re: demonstratives | |

**Jimmy Bieber**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3817 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
jimmybieber@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.