United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br>Plaintiff,<br>v.<br>ELI LILLY & CO,<br>Defendant. | Case No. 23-cv-03943-JD<br><br>**VOIR DIRE** |

The Court will ask these in-court voir dire questions at the September 8, 2026 jury selection, which are in addition to the written juror questionnaire responses. The in-court questions are based on the parties' submissions, Dkt. No. 361, and the Court's practice.

The parties are directed to bring on September 8, 2026, an updated, joint list of witnesses to be used for voir dire. Any objections or concerns to the proposed voir dire will be taken up the morning of September 8, 2026, before the prospective jurors are brought into the courtroom.

**IT IS SO ORDERED.**

Dated: September 1, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

**VOIR DIRE QUESTIONS**

1. Counsel for plaintiffs will introduce themselves and their clients.
   a. Do you know any of the attorneys?
   b. Do you know the plaintiff representative?
   c. Are you personally acquainted with an officer, director, or employee of Nektar Therapeutics?
   d. Have you or anyone close to you had any financial dealings with Nektar Therapeutics, including stock ownership or investment?
2. Counsel for defendants will introduce themselves and their clients.
   a. Do you know any of the attorneys?
   b. Do you know the defendant representative?
   c. Are you personally acquainted with an officer, director, or employee of Eli Lilly?
   d. Have you or anyone close to you had any financial dealings with Eli Lilly, including stock ownership or investment?
3. Here is a list of potential witnesses who may testify at trial. Do you know any of these people?
4. Have you or anyone close to you ever worked for a pharmaceutical or biotech company?
5. Do you or anyone close to you have experience, education, or training in clinical trials or statistical analysis of pharmaceuticals?
6. Do you have any strong positive or negative feelings about Eli Lilly?
7. Do you have any strong positive or negative feelings about Nektar Therapeutics?
8. Do you or anyone close to you have personal experience or specialized knowledge of:
   a. Atopic dermatitis (also called eczema) or other skin inflammation conditions?
   b. Lupus or other chronic autoimmune diseases?
9. Have you or anyone close to you ever been involved with a claim for breach of contract?
10. Do you have any difficulty understanding English, or reading documents in English?
11. Have you read or heard anything about this case other than what you've heard here today?

12. Is there anything I have not asked you about that you believe could affect your ability or availability to serve as a fair and impartial juror for this trial?

United States District Court
Northern District of California