Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
Patrick Weeks (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
Email: gbalassa@kirkland.com
Email: diana.watral@kirkland.com
Email: ryan.moorman@kirkland.com
Email: patrick.weeks@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NEKTAR THERAPEUTICS,

Plaintiff,

v.

ELI LILLY & CO.,

Defendant.

CASE NO. 3:23-CV-03943-JD

**DECLARATION OF RYAN MOORMAN IN SUPPORT OF ELI LILLY AND COMPANY'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF RULING ON DR. RAO TESTIMONY BASED ON NEW EVIDENCE**

Judge: Hon. James Donato

I, Ryan Moorman, hereby declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendant Eli Lilly and Company in the above-captioned action. I am a member in good standing of the Bar of the State of Illinois and have been admitted pro hac vice in this matter.

2. I provide this declaration in support of Lilly's Motion for Leave to Seek Reconsideration of Ruling on Dr. Rao Testimony Based on New Evidence, filed contemporaneously herewith.

3. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to them.

4. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by Nektar in this matter on Friday, August 31, 2026, with bates number Nektar00001421533.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 3, 2026 in San Francisco, California.

*s/ Ryan Moorman*
Ryan Moorman

# Exhibit 1
# (Submitted Under Seal)