Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
Patrick Weeks (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
Email: gbalassa@kirkland.com
Email: diana.watral@kirkland.com
Email: ryan.moorman@kirkland.com
Email: patrick.weeks@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | CASE NO. 3:23-CV-03943-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SEEK RECONSIDERATION OF RULING ON DR. RAO TESTIMONY BASED ON NEW EVIDENCE**<br><br>Judge: Hon. James Donato |

**[PROPOSED] ORDER**

On September 3, 2026, Defendant Eli Lilly and Company ("Lilly") filed a Motion for Leave to Seek Reconsideration of Ruling on Dr. Rao Testimony Based on New Evidence pursuant to N.D. Cal. Local Rule 7-9 (the "Motion").

Having considered the Motion, **IT IS HEREBY ORDERED**, that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____________, 2026 ______________________________

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE