Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
Patrick Weeks (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
Email: gbalassa@kirkland.com
Email: diana.watral@kirkland.com
Email: ryan.moorman@kirkland.com
Email: patrick.weeks@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | CASE NO. 3:23-CV-03943-JD<br><br>**DECLARATION OF RYAN MOORMAN IN SUPPORT OF ELI LILLY AND COMPANY'S OPPOSITION TO UNTIMELY MOTION IN LIMINE**<br><br>Judge: Hon. James Donato |

I, Ryan Moorman, hereby declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendant Eli Lilly and Company in the above-captioned action. I am a member in good standing of the Bar of the State of Illinois and have been admitted pro hac vice in this matter.

2. I provide this declaration in support of Lilly's Opposition to Untimely Motion in Limine, filed contemporaneously herewith.

3. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to them.

5. Attached hereto as Exhibit 1 is a true and correct copy of a Nektar Therapeutics Special Call dated February 23, 2023.

6. Attached hereto as Exhibit 2 is a true and correct copy of a Nektar Therapeutics FQ4 2023 Earnings Call Transcript dated March 4, 2024.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 8, 2026 in San Francisco, California.

*s/ Ryan Moorman*
Ryan Moorman