UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No. 3:23-cv-03943-JD

Case Name: Nektar Therapeutics v. Eli Lilly & Co

Date: September 9, 2026

Time: 4 Hours & 48 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK

**Court Reporter**:: Ana Dub

**COUNSEL FOR PLTF**: Diane Doolittle/Christopher Tayback/James Bieber

**COUNSEL FOR DEFT**: Jim Hurst/Diana Watral/Ryan Moorman/Patrick Weeks/Gabor Balassa

Trial Began: September 8, 2026

Further Trial: September 10, 2026

| **TRIAL MOTIONS HEARD**: | **DISPOSITION**: |
| --- | --- |
| 1. ________________ | ________________ |
| 2. ________________ | ________________ |
| 3. ________________ | ________________ |

**OTHER**:

See Trial Sheet Attached.

**VERDICT**:

________________

________________

**DISPOSITION OF EXHIBITS**:

________________

________________