UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEKTAR THERAPEUTICS,
Plaintiff,

v.

ELI LILLY & CO,
Defendant.

Case No. 23-cv-03943-JD

**VERDICT FORM**

The Court will use this verdict form based on the parties' joint submission, Dkt. No. 362, and the Court's practice. Objections or concerns will be taken up after the jury is discharged for the day on September 15, 2026.

**IT IS SO ORDERED.**

Dated: September 14, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKTAR THERAPEUTICS,<br>Plaintiff,<br>v.<br>ELI LILLY & CO,<br>Defendant. | Case No. 23-cv-03943-JD<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the instructions provided throughout the form. Your verdict must be unanimous.

We, the jury, return these answers as our verdict in this case:

**Question No. 1**:

Did Nektar prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Lilly breached the License Agreement with Nektar?

____ YES ____ NO

*[Please continue to the next page]*



United States District Court
Northern District of California

United States District Court
Northern District of California

**<u>Question No. 2</u>**:

Did Nektar prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Lilly breached the implied covenant of good faith and fair dealing in the License Agreement?

____ YES ____ NO

**If you answered "Yes" to either of the above questions, then continue to Question No. 3.**

**If you answered "No" to both of the above questions, then stop here, answer no further questions, and have the presiding juror sign and date this form.**

**<u>Question No. 3</u>**:

What amount did Nektar prove it is entitled to recover, by a preponderance of the evidence and in accordance with the instructions given to you, for Lilly's breach?

$ ______________________

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

---

DATED: ________________________ Signed:

________________________________
Presiding Juror