UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:23-cv-03943-JD
Case Name: Nektar Therapeutics v. Eli Lilly & Co

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| James Donato | Diane Doolittle/Christopher Tayback/James Bieber | Jim Hurst/Diana Watral/Ryan Moorman/Patrick Weeks/Gabor Balassa |
| **JURY TRIAL DATE:** September 14, 2026 | **REPORTER(S):** Ana Dub | **CLERK:** Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:17 am | | | Court in session out of the presence of the jury. Dkt. Nos. 440 and 441 were filed without the Court's prior approval in violation of the Pretrial Order, Dkt. No. 388 at 3. They are stricken from the docket and may not be used for any purpose in this case. | |
| | | 9:26 am | | | Court in session; all parties and jury present. Continued cross examination of Dr. Pfiefer. | |
| | 2416 | | 9/14/26 | 9/14/26 | Email from C. Kiley re Dial in times for today's meeting with Dave Ricks | LRC |
| | | | | | Witness shown exhibits 318, 999. | |
| | 850 | | 9/14/26 | | Email from Kevin R Hern to Patrik Jonsson ;Lotus Mallbris re: Dec 15 Investor Day - Immunology R&D | |
| | 1038 | | 9/14/26 | 9/14/26 | Email announcing May 3, 2022 is Dan's last day | LRC |
| | 1040 | | 9/14/26 | 9/14/26 | IL-2 Core Team Meeting pg.2 | LRC |
| | | | | | Witness shown exhibit 398. | |
| | | | | | Demonstrative shown NO NUMBER ASSIGNED | |
| | 1148 | | 9/14/26 | 9/14/26 | Email from K. Ramseyer re Rezpegaldesleukin CD Lead Team Update (Rezpegaldesleukin Update slides) | LRC |
| | 1198 | | 9/14/26 | 9/14/26 | Email from L. Pfeifer to Multiple Recipients attaching IL-2 Conjugate Board Meeting Deck | LRC |
| | | | | | Witness shown exhibits 1206, 1235. | |
| | 2091 | | 9/14/26 | 9/14/26 | Email from C. Ali re Follow up on action items from Monday's AM/PM meeting | LRC |
| | 1245 | | 9/14/26 | 9/14/26 | Email from C. Schmitz to L. Pfeifer re Rezpeg medical WG agenda | LRC |
| | | | | | Witness shown exhibit 1258. | |
| | 2292 | | 9/14/26 | 9/14/26 | Lilly/Nektar Finance Meeting (July, 2022) | LRC |
| | | | | | Witness shown exhibits 1258, 1275. | |
| | 2293 | | 9/14/26 | 9/14/26 | Tax Invoices and Miscellaneous Documents relating to the Cost of Lilly's Investment in the Development of Rezpeg (TX 2212 underlying documents) | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2294 | | 9/14/26 | | Email from T. Do re IL-2 PEG FTE time_updated 25 Sep ATTACHMENT ONLY ADMITTED | |
| | 2212 | | 9/14/26 | 9/14/26 | Rule 1006 Exhibit of Financial Records Related to Development Costs and FTE Hours | LRC |
| | 5000 | | 9/14/26 | 9/14/26 | NO DESCRIPTION GIVEN | LRC |
| | 2079 | | 9/14/26 | | Email from G. Taylor to D. Skovronsky et al re: Immunology 1Q2022 TA Portfolio Review Pre-Reads | |
| | | | | | Witness shown Demonstrative; NO NUMBER ASSIGNED. | |
| | 1555 | | 9/14/26 | 9/14/26 | PowerPoint titled Lilly/Nektar NKTR-358 Alliance - Joint Product Team (JPT) Meeting, January 24, 2023 | LRC |
| | 1654 | | 9/14/26 | 9/14/26 | Email from L. Pfeifer re Feb 27th AM/PM follow ups | LRC |
| | | | | | Witness shown Demonstrative; NO NUMBER ASSIGNED. | |
| | | 10:46 am | | | Re-direct of Dr. Pfiefer. | |
| 1867 | | | 9/14/26 | | Eli Lilly and Company Form 10-K Annual Report for the fiscal year ended December 31, 2023. | |
| 2013 | | | 9/14/26 | 9/14/26 | Email from Carsten Schmitz to Lance Pfeifer re: Re: IL-2 Conjugate Interim Analysis for Ulcerative Colitis | LRC |
| 1448 | | | 9/14/26 | 9/1426 | Teams chat between Lance Pfeifer, Kathryn Ramseyer, and Paul Klekotka | LRC |
| | | 11:14 am | | | Court reads note number 2 from the jury to the witness. | |
| | | | | | | |
| | | 11:26 am | | | Plaintiff's calls Carsten Schmitz -- direct examination. | |
| 1809 | | | 9/14/26 | 9/14/26 | Carsten Schmitz's resume | LRC |
| | | | | | Witness shown demonstrative PDX 5. | |
| 1141 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Julie Maxwel | LRC |
| 2019 | | | 9/14/26 | 9/14/26 | Meeting invitation from Carsten Schmitz to Kimberley Jackson re 1:1 Kimberley/Carsten | LRC |
| | | 11:45 am | | | Court in recess. | |
| | | 12:14 pm | | | Court in session; all parties and jury present. Cont'd direct of Carsten Schmitz. | |
| 1101 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Lance Pfeifer | LRC |
| 1115 | | | 9/14/26 | 9/14/26 | Email from Carsten Schmitz to Lance Pfeifer; Ali Ashrafzadeh; Kathryn Ramseyer; Paul Klekotka re: RE: Added slides for IL-2 discussion tomorrow | LRC |
| | | | | | Witness deposition played. | |
| | | | | | Witness shown exhibit 1005. | |
| 1133 | | | 9/14/26 | 9/14/26 | Email from Purvi Prajapati to Carsten Schmitz re: RE: KFAE interims upcoming BoD/JPT meetings | LRC |
| 1415 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 747 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Kimberly Jackson | LRC |
| | | | | | Witness shown his deposition. | |
| 750 | | | 9/14/26 | 9/14/26 | Email from Carsten Schmitz to Songqing Na re: RE: Update on PIC | LRC |
| 1151 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |
| 1043 | | | 9/14/26 | 9/14/26 | Email from Carsten Schmitz to Anja Koester re: RE: CD200R NILEX (Project Podium) | LRC |
| 1415 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |
| 1676 | | | 9/14/76 | 9/14/76 | Master Protocol J4E-MC-IMMB(a) ISA: J4E-MC-FR01(a) - CD200R Phase 2 atopic dermatitis | LRC |
| 1270 | | | 9/14/26 | 9/14/26 | Email from Lydia J Wilkinson to Ajay Nirula et al. re: Draft CD200R Agonist BoD minutes - review requested | LRC |
| 1168 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Ziqiao Wang | LRC |
| 1172 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |
| 1184 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Gourab Data | LRC |
| 989 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Paul Klekotka | LRC |
| | | | | | Witness shown exhibit 923. | |
| 1331 | | | 9/14/26 | | Email from Carsten Schmitz to David Murray re: minutes adboard Sept 2021 | LRC |
| | | 1:34 pm | | | Court in recess. | |
| | | 1:57 pm | | | Court in session; all parties and jury presents. Cont'd direct examination of Carsten Schmitz. | |
| 190 | | | 9/14/26 | 9/14/26 | Email from William Barchuk to Carsten Schmitz, Kimberley Jackson re: Hummingbird_Kick_off_04Aug2017.pptx | LRC |
| 1164 | | | 9/14/26 | 9/14/26 | Email from Kathryn Ramseyer to Carsten Schmitz, Ali Ashrafzadeh re: RE: Nektar/Lilly follow up | LRC |
| 1149 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Kathryn Ramseyer | LRC |
| 1265 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |
| 1185 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |
| 1213 | | | 9/14/26 | 9/14/26 | Teams chat between Carsten Schmitz and Kimberly Jackson | LRC |
| 1383 | | | 9/14/26 | 9/14/26 | Investigator's Brochure for Rezpeg | LRC |
| 1740 | | | 9/14/26 | 9/14/26 | Development Safety Update Report 2023 | LRC |
| 882 | | | 9/14/26 | | Type C Briefing Document Rezpeg | LRC |
| | | 2:38 pm | | | Cross examination of Carsten Schmitz. | |
| | | | | | Witness shown exhibits 1254, 2292, 924, demonstrative no. 2. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 944 | | 9/14/26 | 9/14/26 | Email from Kotzin re Atopic Dermatitis protocol Ph2b (draft) - KFAE | LRC |
| | | 3:08 pm | | | Jury recessed for the day. | |
| | | 3:14 pm | | | Court in recess. | |
| | | | | | Plaintiff has 320 minutes remaining<br>Defendant has 390 minutes remaining. | |