**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:23-cv-03943-JD
Case Name: Nektar Therapeutics v. Eli Lilly & Co

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| James Donato | Diane Doolittle/Christopher Tayback/James Bieber | Jim Hurst/Diana Watral/Ryan Moorman/Patrick Weeks/Gabor Balassa |
| **JURY TRIAL DATE:** September 15, 2026 | **REPORTER(S):** Kelly Shainline | **CLERK:** Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **AGRRED UPON ADMITTED EXHIBITS** | |
| 828 | | | 9/15/26 | 9/15/26 | Nektar Therapeutics FQ3 2021 Earnings Call Transcripts | LRC |
| 940 | | | 9/15/26 | 9/15/26 | Nektar Therapeutics FQ4 2021 Earnings Call Transcript | LRC |
| 1127 | | | 9/15/26 | 9/15/26 | Email from C. Ali to Multiple Recipients attaching NKTR-358 Program Team Agenda & Minutes | LRC |
| 1250 | | | 9/15/26 | 9/15/26 | NKTR-358 Program Team Agenda & Minutes | LRC |
| 1638 | | | 9/15/26 | 9/15/26 | NKTR.QQ - Nektar Therapeutics Analyst and Investor Call | LRC |
| 1935 | | | 9/15/26 | 9/15/26 | PowerPoint titled Rezpeg: Atopic Dermatitis Commercial Opportunity Assessment | LRC |
| 1943 | | | 9/15/26 | 9/15/26 | Spreadsheet titled 2025 Jan 2025_LT CASH MODEL_NKTR-358_DETAIL SUPPORT | LRC |
| 2418 | | | 9/15/26 | 9/15/26 | Email from K. Ramseyer re Information Alert: Rezpegaldesleukin (IL-2 Conjugate) Phase 2b SLE study shows negative results | LRC |
| | | 9:14 am | | | Court in session; out of the presence of the jury. | |
| | | 9:17 am | | | Court in session; all parties and jury present. | |
| | | | | | Continued cross examination of Carsten Schmitz. | |
| | | | | | Witness shown demonstrative; NO NUMBER GIVEN. | |
| | | | | | Witness shown exhibits 1149, 1164. | |
| | 2088 | | 9/15/26 | 9/15/26 | Email from K. Ramseyer re AD guidance | LRC |
| | | | | | Witness shown exhibits 1172, 1213. | |
| | 1195 | | 9/15/26 | 9/15/26 | Teams Messages Between C. Schmitz and D. Patel | LRC |
| | 1238 | | 9/15/26 | 9/15/26 | Teams chats between C. Schmitz and L. Pfeifer | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1260 | | 9/15/26 | 9/15/26 | Email from A. Ashrafzadeh re IL-2 Medical Meeting | LRC |
| | 1297 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpeg Medical Team meeting agenda | LRC |
| | 1299 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re August 16th medical meeting: action items | LRC |
| | 1307 | | 9/15/26 | 9/15/26 | Email from A. Ashrafzadeh re Todays Rezpeg Medical Meeting | LRC |
| | 1326 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpeg medical WG meeting agenda | LRC |
| | 1344 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpeg Medical WG agenda | LRC |
| | 1367 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpeg Medical meeting agenda | LRC |
| | 1375 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpeg Medical meeting agenda | LRC |
| | 1378 | | 9/15/26 | 9/15/26 | Calendar Invite re Lilly \| Nektar Weekly AM/PM Meeting (Rezpeg market research review) | LRC |
| | 1381 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpegaldesleukin medical meeting agenda | LRC |
| | 1470 | | 9/15/76 | 9/15/76 | Email from L. Pfeifer re Rezpeg Medical meeting agenda: November 30th | LRC |
| | 1481 | | 9/15/26 | 9/15/26 | Email from A. Ashrafzadeh re IL-2 conjugate Alliance Medical Meeting | LRC |
| | 1499 | | 9/15/26 | 9/15/26 | Email from C. DeLuca-Flaherty re IL-2 conjugate Alliance Medical Meeting | LRC |
| | 1505 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer re Rezpeg Medical WG meeting | LRC |
| | | | | | Witness shown exhibit 1393. | |
| | 1081 | | 9/9/26 | 9/15/26 | CD200R Agonist Antibody (AI, LY3454738) BOD Update | LRC |
| | 1019 | | 9/9/26 | 9/15/26 | Email from L. Pfeifer to A. Nirula attaching Rezpeg: Board of Directors Meeting slides | LRC |
| | 773 | | 9/15/26 | 9/15/26 | IL-2 Conjugate BOD Meeting Minutes - September 13, 2021 | LRC |
| | 771 | | 9/15/26 | 9/15/26 | Email from L. Pfeifer to J. Kirschling attaching IL-2 Conjugate BoD-Final slides | LRC |
| | 1560 | | 9/15/26 | 9/15/26 | Nektar-Lilly JPT Meeting Minutes Final | LRC |
| | 1877 | | 9/15/26 | 9/15/26 | CD200R Agonist Antibody Board of Directors Deck | LRC |
| | 1737 | | 9/15/26 | 9/15/26 | Email from DocuSign System to Jonathan Zalevsky re: [EXTERNAL] Completed: Complete with DocuSign: Att 1 Q1'23 Review of EC Performance Grant Triggers | LRC |
| | | | | | Witness shown demonstrative; NO NUMBER GIVEN. | |
| | 1095 | | 9/15/26 | 9/15/26 | Email from P. Klekotka re CD200 clinical plan | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 959 | | 9/15/26 | 9/15/26 | CD200R Agonist Antibody Board of Directors: Meeting Minutes | LRC |
| | | | | | Witness shown demonstrative; NO NUMBER GIVEN. | |
| | 2104 | | 9/15/26 | 9/15/26 | Teams chat between A. Koester and C. Schmitz | LRC |
| | 1795 | | 9/15/26 | 9/15/26 | Email from D. Manner to C. Schmitz re: KFAD EASI Issue | LRC |
| | | | | | Witness shown exhibit 924. | |
| | | | | | Witness shown demonstrative No. 33. | |
| | | 10:21 AM | | | Re-cross of Carsten Schmitz. | |
| 1922 | | | 9/15/26 | 9/15/26 | Article titled the regulatory T cell-selective interleukin-2 receptor agonist rezpegaldesleukin in the treatment of inflammatory skin diseases: two randomized, double-blind, placebocontrolled phase 1b trials | LRC |
| 515 | | | 9/15/26 | 9/15/26 | June 19, 2020 JPT meeting minutes | LRC |
| 964 | | | 9/15/26 | 9/15/26 | Email from Roger Taylor to Robert Minderman and others, re: FW: IL-2 Conjugate > Project (Core) Team Meeting: AGENDA 18-MAR-2022 | LRC |
| 827 | | | 9/15/26 | 9/15/26 | Email from Lotus Mallbris to Rodger M Taylor re: RE: Outcomes of yesterday's IL-2 BoD meeting | LRC |
| 2025 | | | 9/15/26 | 9/15/26 | https://www.nektar.com/wp-content/uploads/2025/09/EADV-2025_Silverberg-et-al_Rezpegaldesleukin_REZOLVE-AD.pdf | LRC |
| 718 | | | 9/15/26 | 9/15/26 | IL-2 Conjugate Ph2b Atopic Dermatitis Viability Assessment | lLRC |
| 1560 | | | 9/45/26 | 9/15/26 | Nektar-Lilly JPT Meeting Minutes Final | LRC |
| 1205 | | | 9/15/26 | 9/15/26 | PowerPoint titled Rezpegaldesleukin: Board of Directors Meeting | LRC |
| 1081 | | | 9/9/26 | 9/15/26 | CD200R Agonist Antibody (AI, LY3454738) BOD Update | LRC |
| 1428 | | | 9/15/26 | 9/15/26 | Email from Lance Pfeifer to Holly Robinson, Lauren Crayton, and others re: Immunology portfolio slides | LRC |
| 2047 | | | 9/15/26 | 9/15/26 | CD200R Phase 2 ATD CSR | LRC |
| 1302 | | | 9/15/26 | 9/15/26 | Teams chat between Carsten Schmitz and Jonathan Denne | LRC |
| 1064 | | | 9/15/26 | 9/15/26 | Teams chat between Carsten Schmitz and Dipak Patel | LRC |
| | | 10:42 am | | | Plaintiff calls Mark Robbins; direct examination. | |
| | | | | | Witness shown demonstrative Robbins 1, 2, 3, 4, 5, 6, 7, 8. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Witness accepted as an expert. | |
| | | 10:56 am | | | Court in recess. | |
| | | 11:05 am | | | Continued direct of Marik Robbins. Witness shown demonstrative Robbins slide 9, 11, 13, 14, 17, 18, 21. | |
| | | 11:19 am | | | Cross examination of Mark Robbins. | |
| | | | | | Witness shown Robbins demonstrative slide 3. | |
| | | | | | Witness shown exhibit 1806. | |
| | | | | | Witness shown demonstrative; NO NUMBER GIVEN. | |
| | | | | | Witness shown Robbins slide 3, PDX8-14. | |
| | | 11:42 am | | | Re-direct of Mark Robbins. | |
| | | 11:44 am | | | Court in recess. | |
| | | 12:26 pm | | | Court in session; all parties and jury present. Plaintiff calls Kathryn Ramseyer; direct examination. | |
| 1991 | | | 9/15/26 | 9/15/26 | Kathryn Ramseyer Day Planner | LRC |
| 1598 | | | 9/15/26 | 9/15/26 | Email from Kathryn Ramseyer to Paul Klekotka and Lance Pfeifer re: Information Alert: Rezpegaldesleukin (IL-2 Conjugate) Phase 2b SLE study shows negative results | LRC |
| 1599 | | | 9/15/26 | 9/15/26 | Email from Kathryn Ramseyer to Multiple Recipients re: Information Alert: Rezpegaldesleukin (IL-2 Conjugate) Phase 2b SLE study shows negative results | LRC |
| 1600 | | | 9/15/26 | 9/15/26 | Email from Kathryn Ramseyer to Multiple Recipients re: Information Alert: Rezpegaldesleukin (IL-2 Conjugate) Phase 2b SLE study shows negative results | LRC |
| 1601 | | | 9/15/26 | 9/15/26 | Email from Kathryn Ramseyer to Multiple Recipients re: CONFIDENTIAL: Update on KFAJ | LRC |
| 1602 | | | 9/15/26 | 9/15/26 | Email from Kathryn Ramseyer to Multiple Recipients re: Information Alert: Rezpegaldesleukin (IL-2 Conjugate) Phase 2b SLE study shows negative results | LRC |
| | | | | | Witness shown exhibit 1603. | |
| | | 12:56 pm | | | Cross examination of Kathryn Ramseyer. | |
| | 917 | | 9/15/26 | 9/15/26 | Email from K. Ramseyer to L. Mallbris re update on rezpegaldesleukin ISRs | LRC |
| | 963 | | 9/15/26 | 9/15/26 | Email from R. Taylor to R. Mindermanre FW: IL-2 Conjugate > Project (Core) Team Meeting: AGENDA 18-MAR-2022 | LRC |
| | | | | | Witness shown exhibit 924. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1148 | | 9/15/26 | 9/15/26 | Email from K. Ramseyer re Rezpegaldesleukin CD Lead Team Update (Rezpegaldesleukin Update slides) | LRC |
| | 2181 | | 9/15/26 | 9/15/26 | K. Ramseyer OneNote | LRC |
| | | | | | Witness shown demonstrative timeline. | |
| | 2088 | | 9/15/26 | 9/15/26 | Email from K. Ramseyer re AD guidance | LRC |
| | 1557 | | 9/15/26 | 9/15/26 | NKTR-358 Alliance Joint Product Team Minutes | LRC |
| | | 1:35 pm | | | Re-direct of Kathryn Ramseyer. | |
| | | 1:38 pm | | | Court in recess. | |
| | | 1:59 pm | | | Court in session; all parties and jury present. Plaintiffi's call Dr. Arash Mostaghimi direct examination. | |
| | | | | | Witness accepted as an expert. | |
| | | | | | Witness shown demonstrative; NO NUMBER GIVEN, slides 3, 5, 6, 7, 8, 9, 10, 13, 17, 18. | |
| | | 2:22 pm | | | Cross-examination of Dr. Arash Mostaghimi. | |
| | | | | | Witness shown demonstrative; NO NUMBER GIVEN pg. 1, 7 10. | |
| | 2243 | | 9/15/26 | 9/15/26 | Phase 2b REZOLVE-AD Topline Results from 16-Week Induction Rezpegaldesleukin in Patients with Moderate-to-Severe Atopic Dermatitis | LRC |
| | | 2:53 pm | | | Re-direct of Dr. Arash Mostaghimi. | |
| | | 2:55 pm | | | Jury recessed for the day. Court has discussion with parties regarding remaining witnesses. | |
| | | 3:00 pm | | | Court in recess. | |
| | | 3:13 pm | | | Court in session out of the presence of jury. Court goes over the proposed jury instructions with the parties and proposed verdict form. | |
| | | | | | Plaintiff has 211 minutes remaining.<br>Defendant has 234 minutes remaining | |
| | | 3:39 pm | | | Court in recess. | |