**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No.: 3:23-cv-03943-JD

Case Name: Nektar Therapeutics v. Eli Lilly & Co

Date: September 16, 2026 Time: 5 Hours & 15 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK **Court Reporter**: Ruth Ekhaus

**COUNSEL FOR PLTF**: Diane Doolittle/Christopher Tayback/James Bieber

**COUNSEL FOR DEFT**: Jim Hurst/Diana Watral/Ryan Moorman/Patrick Weeks/Gabor Balassa

Trial Began: September 8, 2026 Further Trial: September 18, 2026

| **TRIAL MOTIONS HEARD**: | **DISPOSITION**: |
|---|---|
| 1. ______________________ | ______________________ |
| 2. ______________________ | ______________________ |
| 3. ______________________ | ______________________ |

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**

______________________________________________

______________________________________________

**DISPOSITION OF EXHIBITS:**

______________________________________________

______________________________________________