**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:23-cv-03943-JD
Case Name: Nektar Therapeutics v. Eli Lilly & Co

**EXHIBIT and WITNESS LIST**

| | | |
|---|---|---|
| **JUDGE:**<br>James Donato | **PLAINTIFF ATTORNEY:**<br>Diane Doolittle/Christopher Tayback/James Bieber | **DEFENSE ATTORNEY:**<br>Jim Hurst/Diana Watral/Ryan Moorman/Patrick Weeks/Gabor Balassa |
| **JURY TRIAL DATE:**<br>September 21, 2026 | **REPORTER(S):**<br>Kelly Shainline | **CLERK:**<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 am | | | All members of the jury are present and deliberating. | |
| | | 11:30 am | | | Jury at lunch. | |
| | | 12:15 pm | | | Jury continued deliberations. | |
| | | 5:00 pm | | | Jury done deliberating for the day. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |