QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Jimmy Bieber (Bar No. 301639)
jimmybieber@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Plaintiff Nektar Therapeutics*

Emma Scott (SBN 352078)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: emma.scott@kirkland.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Gabor Balassa, P.C. (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Ryan J. Moorman, P.C. (admitted *pro hac vice*)
Patrick Weeks (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
Email: gbalassa@kirkland.com
Email: diana.watral@kirkland.com

Email: ryan.moorman@kirkland.com
Email: patrick.weeks@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NEKTAR THERAPEUTICS,

Plaintiff,

vs.

ELI LILLY & CO.,

Defendant.

CASE NO. 3:23-cv-03943-JD

**JOINT STIPULATION AND [PROPOSED] ORDER RE: LEAVE TO PARTICIPATE IN SETTLEMENT CONFERENCE OUT OF TIME**

Pursuant to the Court's September 25, 2026 Order at Dkt. 455 (the "Order"), Plaintiff Nektar Therapeutics and Defendant Eli Lilly and Company (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Order states that the Parties must, by October 2, 2026, "schedule a settlement conference with the mediator to be held no later than October 23, 2026";

**WHEREAS**, promptly upon receiving the Order, the Parties inquired with former federal judge The Honorable Faith S. Hochberg, who has previously conducted mediation sessions between the parties, on her next available mediation date;

**WHEREAS**, the Parties were informed that Judge Hochberg's next available date for mediation is November 2, 2026;

**WHEREAS**, the Parties are available for the November 2, 2026 mediation date and are planning to attend the in-person mediation in New York at that time; and

**WHEREAS**, because the agreed-upon mediation date, which is Judge Hochberg's next available on calendar, is after the October 23, 2026 mediation date in the Order, the Parties hereby seek leave to attend the settlement conference out of time on November 2, 2026, which should not impact any other post-trial deadlines or events.

**NOW THEREFORE**, the Parties hereby stipulate and request Court approval that they be permitted to schedule the settlement conference with the mediator on November 2, 2026.

Jointly agreed and submitted,

DATED: October 2, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By * /s/ Yury Kapgan*

Yury Kapgan

*Attorney for Plaintiff*
*Nektar Therapeutics*

DATED: October 2, 2026

KIRKLAND AND ELLIS LLP

By * /s/ Ryan Moorman*

Ryan Moorman

*Attorney for Defendant*
*Eli Lilly and Company*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I, Yury Kapgan, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By * /s/ Yury Kapgan*
Yury Kapgan

PURSUANT TO STIPULATION, IT IS SO ORDERED:

________________________________________
Honorable James Donato

DATED: _________, 2026